# EXHIBIT A



# The National Security Archive

The George Washington University
Gelman Library, Suite 701
2130 H Street, NW
Washington, DC 20037

Phone:  202/994-7000
Fax:  202/994-7005
nsarchiv@gwu.edu
http://www.nsarchive.org

## *FAX COVER SHEET*

| | |
|---|---|
| Date: | **August 15, 2018** |
| To: | **Charles Marineau—Chief, Freedom of Information Staff** |
| Organization: | **Defense Intelligence Agency** |
| From: | **Nate Jones, The National Security Archive** |

Number of pages (including cover sheet) – 4

If there is a problem with this transmission, please call us at 202-994-7000 as soon as possible.

---

**Message: FOIA Request Attached.**

**National Security Archive Number:** 20181092DIA046

**Thank you.**

---

An independent non-governmental research institute and li
the Archive collects and publishes declassified documents
Publication royalties and tax-deductible contributions through The Natio

20181092DIA046                    DIA
RECNO:55485              SEQCOR:196635
FOISG: Jones, Nate
SF-135 Director's Official Correspondence Files

# The National Security Archive

**The George Washington University**
**Gelman Library, Suite 701**
**2130 H Street, N.W.**
**Washington, D.C. 20037**



**Phone: 202.994.7000**
**Fax: 202.994.7005**
**nsarchiv@gwu.edu**
**http://www.nsarchive.org**

Wednesday, August 15, 2018

Charles Marineau
Freedom of Information Staff
Defense Intelligence Agency
ATTN: FACZAI (FOIA)
7400 Pentagon
Washington, DC 20301-7400

Re: Request under the FOIA, in reply refer to Archive#       **20181092DIA046**

Dear Mr. Marineau:

Pursuant to the Freedom of Information Act (FOIA), I hereby request the following:

*Copies of the following records stored at the Washington Records Center in Suitland, Maryland (accession no. 0040, volume 3): "DR's Official Correspondence File" (Jan-Dec 89), "DR's Message File" (Jan-Dec 89), and "DR's Chron Files of Correspondence" (1 Jan-15 May 89) in DIA Box Numbers 1/3, "DR's Chron Files of Correspondence" (16 May-15 Nov 89) in DIA Box Numbers 2/3, and "DR's Chron Files of Correspondence" (16 Nov-31 Dec 89) in DIA Box Numbers 3/3. I have included a copy of the SF-135, which gives the location information of these documents for your convenience.*

*As you are aware, records such as these, stored at the Washington Records Center but not yet accessioned to NARA must be retrieved from the WRC and reviewed for release under FOIA by the originating agency (the DIA in this case). For more information, see Title 36 → Chapter XII → Subchapter C → Part 1250 → (c) of NARA's regulations, available at https://www.ecfr.gov/cgi-bin/text-idx?SID=212c3f863ee5ea2d0d03ca4ab31e4a49&mc=true&node=pt36.3.1250&rgn=div5#se36.3.1250_18.*

If you regard any of these documents as potentially exempt from the FOIA's disclosure requirements, I request that you nonetheless exercise your discretion to disclose them. As the FOIA requires, please release all reasonably segregable non exempt portions of documents. To permit me to reach an intelligent and informed decision whether or not to file an administrative appeal of any denied material, please describe any withheld records (or portions thereof) and explain the basis for your exemption claims.

As a representative of the news media, the National Security Archive qualifies for "representative of the news media" status under 5 U.S.C. Sec. 552(a)(4)(A)(ii)(II) and, therefore, may not be charged and review fees. (See *National Security Archive v. U.S. Department of Defense,* 880 F.2d 1381 Cir. 1989), *cert denied,* 110 S Ct. 1478 (1990)). This request is made as part of a scholarly and research project that is intended for publication and is not for commercial use. For details on the Archive's research and extensive publication activities please see our website at www.nsarchive.org.

**An Independent non-governmental research institute and library located at the George Washington University, the Archive collects and publishes declassified documents obtained through the Freedom of Information Act. Publication royalties and tax deductible contributions through The National Security Archive Fund, Inc. underwrite the Archive's Budget.**

# The National Security Archive

**The George Washington University**
**Gelman Library, Suite 701**
**2130 H Street, N.W.**
**Washington, D.C. 20037**



**Phone: 202.994.7000**
**Fax: 202.994.7005**
**nsarchiv@gwu.edu**
**http://www.nsarchive.org**

To expedite the release of the requested documents, please disclose them on an interim basis as they become available to you, without waiting until all the documents have been processed. Please notify me before incurring any photocopying costs over $100. If you have any questions regarding the identity of the records, their location, the scope of the request or any other matters, please call me at (202) 994-7000 or email me at foiamail@gwu.edu. I look forward to receiving your response within the twenty day statutory time period.

Sincerely yours,

Nate Jones

**An Independent non-governmental research institute and library located at the George Washington University, the Archive collects and publishes declassified documents obtained through the Freedom of Information Act.  Publication royalties and tax deductible contributions through The National Security Archive Fund, Inc. underwrite the Archive's Budget.**

# RECORDS TRANSMITTAL AND RECEIPT

Complete and send original and two copies of this form to the appropriate Federal Records Center for approval prior to shipment of records. See specific instructions on reverse.

| PAGE 1 | OF 1 PAGES |
|---|---|

**1. TO** (Complete the address for the records center serving your area as shown in 36 CFR 1228.150.)

Federal Records Center

**6. FROM** (Enter the name and complete mailing address of the office retiring the records. The signed receipt of this form will be sent to this address)

Director
Defense Intelligence Agency
ATTN: ESO
Washington, DC 20340-1038

**2. AGENCY TRANSFER AUTHOR-IZATION**

TRANSFERRING AGENCY OFFICIAL (Signature and title)
Melissa Folz
Ms. Melissa Folz, Records Manager
DATE 2/19/93

**AGENCY CONTACT**

TRANSFERRING AGENCY LIAISON OFFICIAL (Name, office and telephone No.)
M.E. Pauly, ESO, (703) 697-8130

**RECORDS CENTER RECEIPT**

RECORDS RECEIVED BY (Signature and title)
Jackie A. Barnes
Chief Accession & Disposal Branch
DATE 4/6/93

Fold Line

## RECORDS DATA

| RG (a) | FY (b) | NUMBER (c) | VOLUME (cu. ft.) (d) | AGENCY BOX NUMBERS (e) | SERIES DESCRIPTION (With inclusive dates of records) (f) | RESTRICTION (g) | DISPOSAL AUTHORITY (Schedule and item number) (h) | DISPOSAL DATE (i) | COMPLETED BY RECORDS CENTER | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | LOCATION (j) | SHELF PLAN (k) | CONT. TYPE (l) | AUTO. DISP. (m) |
| 373 | 93 | 0040 | 3 | 1/3 | DR's Official Correspondence File (Jan-Dec 89) | S | DIAM 13-1 Item 200a | Perm 2010 | 1-59-11-6-3 11-6-5 | | | |
| | | | | | DR's Message File (Jan-Dec 89) | S | | | | | | |
| | | | | | DR's Chron Files of Correspondence (1 Jan – 15 May 89) | S | | | | | | |
| | | | | 2/3 | DR's Chron Files of Correspondence (16 May – 15 Nov 89) | S | | | | | | |
| | | | | 3/3 | DR's Chron Files of Correspondence (16 Nov – 31 Dec 89) | S | | | | | | |

G. Wi...  2-24-93
B. Brown  8-2-93
G. ...  4-14-93

NSN 7540-00-634-4093

35-107

Standard Form 135 (Rev. 7-85)
Prescribed by NARA
36 CFR 1228.1

```
***********************
***  TX REPORT  ***
***********************

TRANSMISSION OK

TX/RX NO              3857
DESTINATION TEL #     915713720500pp974236
DESTINATION ID        DOD
ST. TIME              08/15 13:09
TIME USE              00'50
PAGES SENT            2
RESULT                OK
```



# The National Security Archive

The George Washington University
Gelman Library, Suite 701
2130 H Street, NW
Washington, DC 20037

Phone: 202/994-7000
Fax: 202/994-7005
foiamail@gwu.edu
http://www.nsarchive.org

## *FAX COVER SHEET*

Date:              August 15, 2018

To:                Information Officer

Organization:      Department of Defense Office of Freedom of Information

From:              The National Security Archive

Number of pages (including cover sheet) 2

If there is a problem with this transmission, please call me at 202-994-7145 as soon as possible.

National Security Archive FOIA Case No. 20181093DOD133

# EXHIBIT B



# DEFENSE INTELLIGENCE AGENCY

## WASHINGTON, D.C. 20340-5100



U-18-4500/FAC-2A1 (FOIA)

AUG 21 2018

Mr. Nate Jones
National Security Archive
Gelman Library, Suite 701
2130 H Street, NW
Washington, DC  20037

Dear Mr. Jones:

This is an interim response to your Freedom of Information Act (FOIA) request dated August 15, 2018, your reference number # 21081092DIA046 requesting *copies of the following records stored at the Washington Records Center in Suitland, Maryland:*

- *DR's Official Correspondence File (Jan-Dec 89)*
- *DR's Message File (Jan-Dec 89)*
- *DR's Chron Files of Correspondence (Jan 1, 15, May 89)*
- *DR's Chron Files of Correspondence (Nov 16, -Dec 31, 89)*

We received your request on August 16, 2018 and assigned it case number FOIA-0390-2018. Please use this number in all future correspondence with us about this matter.

We will be unable to respond to your request within the FOIA's 20 day statutory time period due to unusual circumstances. These unusual circumstances could be:  (a) the need to search for and collect records from a facility geographically separated from this office; (b) the potential volume of records responsive to your request; and (c) the need for consultation with one or more other agencies which have substantial interest in either the determination or the subject matter of the records. For these reasons, your request has been placed in our queue and will be worked in the order the request was received. Our current administrative workload is in excess of 1,139 requests.

We regret that there is currently a substantial delay in processing requests and solicit your patience and understanding. We assure you that we will process your request as soon as possible. If you have any questions, you may contact the DIA FOIA Requester Service Center, as well as our FOIA Public Liaison at 301-394-5587.

Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services

| 20181092DIA046 | DIA |
| --- | --- |
| RECNO:55485 | SEQCOR:196675 |
| 8/27/2018 | FOISG: Jones, Nate |
| SF-135 Director's Official Correspondence Files | |

they offer.  You may contact OGIS by email at ogis@nara.gov; telephone at 202-741-5770, toll free at 1-877-684-6448 or facsimile at 202-741-5769; or you may mail them at the following address:

Office of Government Information Services
National Archives and Records Administration
8601 Adelphi Road-OGIS
College Park, MD  20740-6001

Sincerely,

Charles R. Marineau
Chief, Records Management and Information Services

# EXHIBIT C



**DEFENSE INTELLIGENCE AGENCY**

WASHINGTON, D.C. 20340-5100



U-18-4500/FAC-2A1 (FOIA)

NOV 2 6 2018

Mr. Nate Jones
National Security Archive
Gelman Library, Suite 701
2130 H Street NW
Washington, DC  20037

Dear Mr. Jones:

This is a status update on your Freedom of Information Act (FOIA) request, case number FOIA-0390-2018, received in this office on August 16, 2018.  Your request was determined to fall within our Complex Track for FOIA processing.  This simply means that your request involved a large amount of records, or that the records requested require significant review within this agency or consultations with other government agencies.  Please be assured that our office is committed to processing your request as soon as possible as DIA continues its efforts to eliminate the large backlog of pending FOIA requests.

Because your request falls within the Complex Track and has been pending for time greater than the statutory allowance, this office has determined that it may be helpful for us to provide you the current queue position of your request.  Our current administrative workload is **1,167** open FOIA requests, your request is currently Queue; #1133.

We solicit your patience and understanding and assure you, we will process your request as soon as possible.  If you have any questions, please contact the FOIA Requester Service Center, at (301) 394-5587 and reference your case number.

Sincerely,

Brian L. Jenkins
Chief, Records Management and Information Services

| 20181092DIA046 | DIA |
| RECNO:55485 | SEQCOR:197445 |
| 11/29/2018 | FOISG: Jones, Nate |
| SF-135 Director's Official Correspondence Files | |

# EXHIBIT D

| ANNUAL FREEDOM OF INFORMATION ACT REPORT | REPORT CONTROL SYMBOL DD-DA&M(A)1365 |
|---|---|

| SUBCOMPONENT/COMPONENT OR AGENCY REPORTING<br><br>Defense Intelligence Agency | REPORT FOR FISCAL YEAR<br><br>**2017** |
|---|---|

## SECTION I - BASIC INFORMATION REGARDING REPORT

**1. PERSON(S) TO CONTACT WHO CAN ANSWER QUESTIONS ABOUT THE REPORT**

| a. NAME *(Last, First, Middle Initial)* | b. TITLE | c. ADDRESS | d. TELEPHONE NO. | e. E-MAIL ADDRESS |
|---|---|---|---|---|
| Williams, Alesia, Y. | Chief, FOIA and Declassification Services Branch | 7400 Pentagon Washington, D.C.  20301-7400 | 301-394-5188 | alesia.williams@dodiis.mil |

**2. PROVIDE AN ELECTRONIC LINK FOR ACCESS TO THE REPORT ON THE AGENCY WEB SITE.**
The Defense Freedom of Information Policy Office (DFOIPO) will satisfy this requirement.

**3. EXPLAIN HOW TO OBTAIN A COPY OF THE REPORT IN PAPER FORM.**
The Defense Freedom of Information Policy Office will satisfy this requirement.

## SECTION II - MAKING A FOIA REQUEST

**1. ALL AGENCY COMPONENTS THAT RECEIVE FOIA REQUESTS** *(Continue on separate page if necessary using the same format.)*  Continuation Page

| a. SUBCOMPONENT/COMPONENT OR AGENCY *) (e.g.., McDill AFB, Department of the Air Force)* | b. ADDRESS *(Mail Stop, Room, Building, Base, City, State or Country, ZIP Code)* | c. TELEPHONE NUMBER |
|---|---|---|
| Defense Intelligence Agency | 7400 Pentagon/Washington, D.C.  20301-7400 | 301-394-5587 |

**2. PROVIDE A BRIEF DESCRIPTION OF WHY SOME REQUESTS ARE NOT GRANTED AND AN OVERVIEW OR CERTAIN GENERAL CATEGORIES OF THE AGENCY'S RECORDS TO WHICH THE FOIA EXEMPTIONS APPLY.**
The Defense Freedom of Information Policy Office will satisfy this requirement.

## SECTION III - ACRONYMS, DEFINITIONS AND EXEMPTIONS

The Defense Freedom of Information Policy Office will satisfy this requirement.

| SUBCOMPONENT/COMPONENT OR AGENCY REPORTING | REPORT FOR FISCAL YEAR |
|---|---|
| Defense Intelligence Agency | 2017 |

## SECTION IV - EXEMPTION 3 STATUTES *(Attach additional pages if necessary)* Continuation Page

(1) List all Exemption 3 statutes. (http://www.dod.mil/pubs/foi/dfoipo/docs/b3.pdf)
(2) The Defense Freedom of Information Policy Office will satisfy this requirement.
(3) The Defense Freedom of Information Policy Office will satisfy this requirement.
(4) For each request, report the number of times each statute was relied upon, however, count each statute only once per request.

Total Number of Unique Uses of Exempt 3 Statutes: 334

| 1. STATUTE *(CTRL+click to select all applicable)* | 2. TYPE OF INFORMATION WITHHELD | 3. CASE CITATION | 4. NO. OF TIMES RELIED UPON |
|---|---|---|---|
| 10 USC Section 424 | The Defense Freedom of Information Policy Office will satisfy this requirement. | The Defense Freedom of Information Policy Office will satisfy this requirement. | 223 |
| 10 USC Section 130b | | | 1 |
| 50 USC Section 403(g) Section 6 of the CIA Act of 1949 | | | 1 |
| 26 USC Section 6103 | | | 3 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Other: 50 USC Section 3024(i) | | | 104 |
| Other: 50 USC Section 3605 | | | 2 |

DD FORM 2564, JUL 2013

| SUBCOMPONENT/COMPONENT OR AGENCY REPORTING | REPORT FOR FISCAL YEAR |
|---|---|
| Defense Intelligence Agency | **2017** |

## SECTION V - FOIA REQUESTS

**A. RECEIVED, PROCESSED AND PENDING FOIA REQUESTS.**
Provide the numbers of received, processed, and pending requests, both **perfected and non-perfected**. The number in column 1 must match the number of "Requests Pending as of End of Fiscal Year" from the previous year's Annual FOIA Report.  The sum of columns 1 and 2 minus the number in column 3 must equal the number in column 4.

| 1. NUMBER OF REQUESTS PENDING AS OF START OF FISCAL YEAR | 2. NUMBER OF REQUESTS RECEIVED IN FISCAL YEAR | 3. NUMBER OF REQUESTS PROCESSED IN FISCAL YEAR | 4. NUMBER OF REQUESTS PENDING AS OF END OF FISCAL YEAR |
|---|---|---|---|
| 1131 | 786 | 758 | 1159 |

**B. DISPOSITION OF FOIA REQUESTS.**
1.  All Processed Requests.  Provide the number of request dispositions as described below.  Use only one column to report each request.  Use the nine "Full Denial Based on Reasons Other than Exemptions" columns only if the request cannot be counted in columns 1 through 3.  The numbers in column 5, "Total", must match the numbers in Section V. A., column 3.

| (1) NUMBER OF FULL GRANTS | (2) NUMBER OF PARTIAL GRANTS/ PARTIAL DENIALS | (3) NUMBER OF FULL DENIALS BASED ON EXEMPTIONS | (4) NUMBER OF FULL DENIALS BASED ON REASONS OTHER THAN EXEMPTIONS *(Please count each case can be in only 1 column)* | | | | | | | | | (5) TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | a. NO RECORDS | b. ALL RECORDS REFERRED TO ANOTHER COMPONENT/ AGENCY | c. REQUEST WITHDRAWN | d. FEE-RELATED REASON | e. RECORDS NOT REASONABLY DESCRIBED | f. IMPROPER FOIA REQUEST FOR OTHER REASON | g. NOT AGENCY RECORD | h. DUPLICATE REQUEST | i. OTHER *(Explain in B.2 below)* | |
| 26 | 185 | 44 | 374 | 13 | 79 | 0 | 1 | 3 | 4 | 17 | 12 | 758 |

2. Other Reasons for "Full Denials Based on Reasons Other than Exemptions".  For any request marked "Other", provide descriptions of other reasons for full denials and the number of times each reason was relied upon.  "Total"  must equal "Other" column in B.1.

| (1)  DESCRIPTION OF "OTHER" REASONS FOR DENIALS | (2) NO. OF TIMES |
|---|---|
| Unable to contact the requester | 9 |
| Litigation | 3 |
| | |
| | |
| | |
| (3) TOTAL | 12 |

3.  Number of Times Exemptions Applied.  Count each exemption only once per request.

| EX. 1 | EX. 2 | EX. 3 | EX. 4 | EX. 5 | EX. 6 | EX. 7(A) | EX. 7(B) | EX. 7(C) | EX. 7(D) | EX. 7(E) | EX. 7(F) | EX. 8 | EX. 9 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 96 | 7 | 224 | 10 | 18 | 115 | 4 | 0 | 9 | 0 | 9 | 0 | 0 | 0 |

**DD FORM 2564, JUL 2013**

Page 3 of 12 Pages

| SUBCOMPONENT/COMPONENT OR AGENCY REPORTING | REPORT FOR FISCAL YEAR |
|---|---|
| Defense Intelligence Agency | 2017 |

## SECTION VI - ADMINISTRATIVE APPEALS OF INITIAL DETERMINATIONS OF FOIA REQUESTS

**A. RECEIVED, PROCESSED AND PENDING ADMINISTRATIVE APPEALS.**
Provide the number of administrative appeals received, processed, and pending as described in columns 1 through 4. The sum of columns 1 and 2 minus the number in column 3 must equal the number in column 4. Starting with Fiscal Year 2009, the number in column 1 must match the number of "Appeals Pending as of End of Fiscal Year" from the previous year's Annual FOIA Report.

**B. DISPOSITION OF ADMINISTRATIVE APPEALS - ALL PROCESSED APPEALS.**
Provide the number of administrative appeal adjudications as described in the columns below. The number in the "Total" column must match the number in Section VI. A., column 3. In column 4, report the number of appeals which neither affirmed nor reversed/remanded the FOIA request determination, but were closed for other reasons (see DFOIPO Instructions) http://www.usdoj.gov/oip/foiapost/guidance-annualreport-052008.pdf page 15

| 1. NUMBER OF APPEALS PENDING AS OF START OF FISCAL YEAR | 2. NUMBER OF APPEALS RECEIVED IN FISCAL YEAR | 3. NUMBER OF APPEALS PROCESSED IN FISCAL YEAR | 4. NUMBER OF APPEALS PENDING AS OF END OF FISCAL YEAR | 1. NUMBER AFFIRMED ON APPEAL | 2. NUMBER PARTIALLY AFFIRMED AND PARTIALLY REVERSED/REMANDED ON APPEAL | 3. NUMBER COMPLETELY REVERSED/ REMANDED ON APPEAL | 4. NUMBER OF APPEALS CLOSED FOR OTHER REASONS | 5. TOTAL |
|---|---|---|---|---|---|---|---|---|
| 79 | 54 | 73 | 60 | 7 | 28 | 14 | 24 | 73 |

**C. REASONS FOR DENIAL ON APPEAL.**
1. Number of Times Exemptions Applied. Note: If an administrative appeal results in the denial of information based on exemptions and also based on a reason or reasons presented in C.2 and 3, report that appeal on all applicable sections. For each administrative appeal, report all exemptions applied; however, count each exemption only once per appeal.

| EX. 1 | EX. 2 | EX. 3 | EX. 4 | EX. 5 | EX. 6 | EX. 7(A) | EX. 7(B) | EX. 7(C) | EX. 7(D) | EX. 7(E) | EX. 7(F) | EX. 8 | EX. 9 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 132 | 0 | 31 | 1 | 1 | 4 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 |

2. Reasons Other than Exemptions. Provide the number of administrative appeals resulting in denial for reasons other than exemptions, as described below. C.2. plus C.3 must be equal to B.4.

| (1) NO RECORDS | (2) RECORDS REFERRED AT INITIAL REQUEST LEVEL | (3) REQUEST WITHDRAWN | (4) FEE-RELATED REASON | (5) RECORDS NOT REASONABLY DESCRIBED | (6) IMPROPER REQUEST FOR OTHER REASON | (7) NOT AGENCY RECORD | (8) DUPLICATE REQUEST OR APPEAL | (9) REQUEST IN LITIGATION | (10) APPEAL BASED SOLELY ON DENIAL OF REQUEST FOR EXPEDITED PROCESSING | (11) OTHER (Explain in C.3 below) |
|---|---|---|---|---|---|---|---|---|---|---|
| 18 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 1 | 2 | 1 |

3. "Other" Reasons for Denial. Provide descriptions of the "other" reasons and the number of times each was relied upon. "Total" must equal "Other" column, C.2.(11).

| (1) DESCRIPTION OF "OTHER" REASON | (2) NUMBER OF TIMES |
|---|---|
| Directed requestor to another agency. | 1 |
| (3) TOTAL | 1 |

| SUBCOMPONENT/COMPONENT OR AGENCY REPORTING | REPORT FOR FISCAL YEAR |
|---|---|
| Defense Intelligence Agency | 2017 |

## SECTION VI - ADMINISTRATIVE APPEALS OF INITIAL DETERMINATIONS OF FOIA REQUESTS  (Continued)

C.4.  Response time for Administrative Appeals.  Provide the (1) median, (2) average, and (3) and (4) range in number of days to respond to administrative appeals.

| (1) MEDIAN NUMBER OF DAYS | (2) AVERAGE NUMBER OF DAYS | (3) RANGE - LOWEST NUMBER OF DAYS | (4) RANGE - HIGHEST NUMBER OF DAYS |
|---|---|---|---|
| 159 | 443 | 11 | 2030 |

5. Ten Oldest Pending Administrative Appeals.  Provide the date of receipt of the ten oldest pending administrative appeals, and the number of days pending. (YYYYMMDD, e.g. 20030918)
To calculate the number of Federal work days, see http://www.codeforexcelandoutlook.com/blog/2008/06/calculate-working-days-minus-holidays-in-vba/ or
http://www.excelexchange.com/WorkingDays.html.  MS. Excel formula "Net workdays less holidays."  See attached Excel list of Federal holidays.

|  | 10th OLDEST | 9th | 8th | 7th | 6th | 5th | 4th | 3rd | 2nd | OLDEST |
|---|---|---|---|---|---|---|---|---|---|---|
| (1) DATE OF RECEIPT | 06/07/13 | 06/04/13 | 05/29/13 | 05/07/13 | 04/15/13 | 04/11/13 | 03/07/13 | 10/03/12 | 05/02/12 | 04/26/12 |
| (2) NUMBER OF DAYS PENDING | 1084 | 1087 | 1091 | 1106 | 1122 | 1124 | 1149 | 1253 | 1360 | 1364 |

## SECTION VII - FOIA REQUESTS: RESPONSE TIME FOR PROCESSED AND PENDING REQUESTS

For tables in Section VII, include response times for only **perfected** requests.  Begin counting days from the date of receipt of the **perfected** request.
If using a multi-track processing system, report response times separately for each track.  If not using a multi-track processing system, at a minimum, report separately requests which have been granted expedited processing.
NOTE:  Table A must reflect the response times for **all** processed **perfected** requests.  Table B is a sub-set of Table A and must reflect the response times only for those **perfected** requests in which information was granted, either in full or in part.
To calculate the number of Federal work days, see http://www.codeforexcelandoutlook.com/blog/2008/06/calculate-working-days-minus-holidays-in-vba/ or
http://www.excelexchange.com/WorkingDays.html.  MS. Excel formula "Net workdays less holidays."  See attached Excel list of Federal holidays.

A.  PROCESSED REQUESTS - RESPONSE TIME FOR ALL PROCESSED UNDERLINE(PERFECTED) REQUESTS.  Provide the (1) median, (2) average and (3) and (4) range in number of days to process all **perfected** requests.

| 1. SIMPLE | | | | 2. COMPLEX | | | | 3. EXPEDITED PROCESSING | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| (1) MEDIAN NUMBER OF DAYS | (2) AVERAGE NUMBER OF DAYS | (3) RANGE - LOWEST NUMBER OF DAYS | (4) RANGE - HIGHEST NUMBER OF DAYS | (1) MEDIAN NUMBER OF DAYS | (2) AVERAGE NUMBER OF DAYS | (3) RANGE - LOWEST NUMBER OF DAYS | (4) RANGE - HIGHEST NUMBER OF DAYS | (1) MEDIAN NUMBER OF DAYS | (2) AVERAGE NUMBER OF DAYS | (3) RANGE - LOWEST NUMBER OF DAYS | (4) RANGE - HIGHEST NUMBER OF DAYS |
| 7 | 8 | 1 | 20 | 322 | 575 | 21 | 3678 | 30 | 28 | 12 | 43 |

B.  PROCESSED REQUESTS - RESPONSE TIME FOR UNDERLINE(PERFECTED) REQUESTS FOR WHICH INFORMATION WAS GRANTED.  Provide the (1) median, (2) average and (3) and (4) range in number of days to process all **perfected** requests in which information was granted (full grants and partial grants).

| 1. SIMPLE | | | | 2. COMPLEX | | | | 3. EXPEDITED PROCESSING | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| (1) MEDIAN NUMBER OF DAYS | (2) AVERAGE NUMBER OF DAYS | (3) RANGE - LOWEST NUMBER OF DAYS | (4) RANGE - HIGHEST NUMBER OF DAYS | (1) MEDIAN NUMBER OF DAYS | (2) AVERAGE NUMBER OF DAYS | (3) RANGE - LOWEST NUMBER OF DAYS | (4) RANGE - HIGHEST NUMBER OF DAYS | (1) MEDIAN NUMBER OF DAYS | (2) AVERAGE NUMBER OF DAYS | (3) RANGE - LOWEST NUMBER OF DAYS | (4) RANGE - HIGHEST NUMBER OF DAYS |
| 10 | 12 | 5 | 17 | 355 | 720 | 24 | 3678 | 30 | 28 | 12 | 43 |

| SUBCOMPONENT/COMPONENT OR AGENCY REPORTING | REPORT FOR FISCAL YEAR |
|---|---|
| Defense Intelligence Agency | **2017** |

## SECTION VII - FOIA REQUESTS: RESPONSE TIME FOR PROCESSED AND PENDING REQUESTS *(Continued)*

C.  PROCESSED REQUESTS - RESPONSE TIME IN DAY INCREMENTS.

(1) Provide the number of **perfected** requests processed in each of the thirteen designated time increments (i.e., within 20 days in the first column, within 21-40 days in the second column, etc.).
(a) If using a multi-track system, create separate tables as presented below to report the information for each track.  If not using a multi-track system, at a minimum create a separate table for requests which have been granted expedited processing.
(b) Insert the sum of the thirteen columns in the "Total" column to reflect the total number of requests processed for each of the tracks.

| | | | | | 1. SIMPLE REQUESTS | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| <1 DAY | 1-20 DAYS | 21-40 DAYS | 41-60 DAYS | 61-80 DAYS | 81-100 DAYS | 101-120 DAYS | 121-140 DAYS | 141-160 DAYS | 161-180 DAYS | 181-200 DAYS | 201-300 DAYS | 301-400 DAYS | 401+ DAYS | TOTAL |
| 0 | 261 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 261 |

| | | | | | 2. COMPLEX REQUESTS | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| <1 DAY | 1-20 DAYS | 21-40 DAYS | 41-60 DAYS | 61-80 DAYS | 81-100 DAYS | 101-120 DAYS | 121-140 DAYS | 141-160 DAYS | 161-180 DAYS | 181-200 DAYS | 201-300 DAYS | 301-400 DAYS | 401+ DAYS | TOTAL |
| 0 | 0 | 35 | 26 | 11 | 17 | 29 | 13 | 21 | 11 | 14 | 55 | 55 | 203 | 490 |

| | | | | | 3. REQUESTS GRANTED EXPEDITED PROCESSING | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| <1 DAY | 1-20 DAYS | 21-40 DAYS | 41-60 DAYS | 61-80 DAYS | 81-100 DAYS | 101-120 DAYS | 121-140 DAYS | 141-160 DAYS | 161-180 DAYS | 181-200 DAYS | 201-300 DAYS | 301-400 DAYS | 401+ DAYS | TOTAL |
| 0 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |

D.  PENDING REQUESTS - ALL PENDING PERFECTED REQUESTS.

Provide the number of **perfected** requests pending as of the end of the fiscal year, and the median and average number of days those requests had been pending.  If an agency or component is unable to determine whether all of its pending requests are **perfected**, the agency must include <u>all</u> pending requests and attach a footnote that it has done so.

| 1. SIMPLE | | | 2. COMPLEX | | | 3. EXPEDITED PROCESSING | | |
|---|---|---|---|---|---|---|---|---|
| (1) NUMBER PENDING | (2) MEDIAN NUMBER OF DAYS | (3) AVERAGE NUMBER OF DAYS | (1) NUMBER PENDING | (2) MEDIAN NUMBER OF DAYS | (3) AVERAGE NUMBER OF DAYS | (1) NUMBER PENDING | (2) MEDIAN NUMBER OF DAYS | (3) AVERAGE NUMBER OF DAYS |
| 23 | 12 | 12 | 1134 | 440 | 656 | 2 | 200 | 200 |

E.  PENDING REQUESTS - TEN OLDEST PENDING PERFECTED REQUESTS.
Provide the date of receipt of the ten oldest perfected requests pending as of the end of the fiscal year, and the number of days pending.

| | 10th OLDEST | 9th | 8th | 7th | 6th | 5th | 4th | 3rd | 2nd | OLDEST |
|---|---|---|---|---|---|---|---|---|---|---|
| 1.  DATE OF RECEIPT | 07/12/05 | 04/11/05 | 03/31/05 | 03/23/05 | 03/03/05 | 02/08/05 | 02/02/05 | 11/19/04 | 10/05/04 | 09/23/04 |
| 2.  NUMBER OF DAYS PENDING | 3070 | 3134 | 3141 | 3147 | 3161 | 3177 | 3181 | 3230 | **3261** | 3269 |

| SUBCOMPONENT/COMPONENT OR AGENCY REPORTING | REPORT FOR FISCAL YEAR |
|---|---|
| Defense Intelligence Agency | 2017 |

## SECTION VIII - REQUESTS FOR EXPEDITED PROCESSING AND REQUESTS FOR FEE WAIVER

Section VIII now reflects new mandatory reporting requirements and is no longer an optional section.
Provide information for adjudicated requests for expedited processing or adjudicated requests for a fee waiver, i.e., requests for expedited processing or requests for a fee waiver which were granted or denied. Do not include requests for expedited processing or requests for a fee waiver which became moot for various reasons and, as a result, were neither granted nor denied.

### A. REQUESTS FOR EXPEDITED PROCESSING.
(1) Include requests for expedited processing made both at the initial request level and, when applicable, at the administrative appeal level.
(2) Calculating days: Count only the days spent adjudicating the request for expedited processing. Count **calendar days**, not working days.
(3) NOTE: The response time of this new reporting requirement captures the time taken to decide whether to grant or deny a request for expedited processing. This does not cover the FOIA requests which have already been granted expedited status, placed in the "expedited processing" track, and reported elsewhere in this Report. Rather, this new requirement reflects the time taken to make a determination, (i.e., adjudicate) whether a request for expedited processing should be granted or denied. The FOIA requires agencies to determine within ten calendar days whether a request satisfies the standards for expedited processing.

| 1. NUMBER GRANTED | 2. NUMBER DENIED | 3. MEDIAN NUMBER OF DAYS TO ADJUDICATE | 4. AVERAGE NUMBER OF DAYS TO ADJUDICATE | 5. NUMBER ADJUDICATED WITHIN TEN CALENDAR DAYS |
|---|---|---|---|---|
| 5 | 2 | 4 | 8 | 5 |

### B. REQUESTS FOR FEE WAIVER.
(1) Include requests for a waiver of fees made both at the initial request level and, when applicable, at the administrative appeal level.
(2) Calculating days: Count only the days spent adjudicating the fee waiver request. Count working days. Do not include additional days that may precede consideration of the fee waiver request, e.g., days the request waits in a processing queue, processing time which precedes commencement of adjudication of fee waiver request, etc.

| 1. NUMBER GRANTED | 2. NUMBER DENIED | 3. MEDIAN NUMBER OF DAYS TO ADJUDICATE | 4. AVERAGE NUMBER OF DAYS TO ADJUDICATE |
|---|---|---|---|
| 0 | 0 | 0 | 0 |

## SECTION IX - FOIA PERSONNEL AND COSTS

**A. PERSONNEL.** Provide the number of "Full-Time FOIA Staff" by adding the number of "Full-Time FOIA Employees" and "Equivalent Full-Time FOIA Employees"
(see DFOIPO Instructions).
http://www.dod.mil/pubs/foi/dfoipo/docs/Full_and_part_time_plus_cost_calculations_FOIA.xls

http://www.usdoj.gov/oip/foiapost/guidance-annualreport-052008.pdf -- page 26.

**B. COSTS.** Add together all costs expended by the agency for processing FOIA requests at the initial request and administrative appeal levels, and for litigating FOIA requests. Include salaries of FOIA personnel, overhead, and any other FOIA-related expenses. (Agency's budget may be used as a resource.) (Enter numbers only, no commas or periods.)
http://www.usdoj.gov/oip/foiapost/guidance-annualreport-052008.pdf -- page 27.

| 1. NUMBER OF FULL-TIME FOIA EMPLOYEES | 2. NUMBER OF EQUIVALENT FULL-TIME FOIA EMPLOYEES | 3. TOTAL NUMBER OF FULL-TIME FOIA STAFF | 1. PROCESSING COSTS | 2. LITIGATION-RELATED COSTS | 3. TOTAL COSTS |
|---|---|---|---|---|---|
| 26 | 4.17 | 30.17 | $ 4,269,789 | $ 949,574.8 | $ 5,219,363.8 |

## SECTION X - FEES COLLECTED FOR PROCESSING REQUESTS

Report the dollar amount of fees collected from FOIA requesters for processing their requests. Also report the percentage of total processing costs (from Section IX, B.1.) that those fees represent. In calculating the amount of fees collected, include fees received from a FOIA requester for search, review document duplication, and any other direct costs permitted by agency regulations.

| 1. TOTAL AMOUNT OF FEES COLLECTED | 2. PERCENTAGE OF TOTAL PROCESSING COSTS |
|---|---|
| $ 11 | .000249 % |

| SUBCOMPONENT/COMPONENT OR AGENCY REPORTING | REPORT FOR FISCAL YEAR |
|---|---|
| Defense Intelligence Agency | **2017** |

## SECTION XI - FOIA REGULATIONS

AGENCIES MUST PROVIDE AN ELECTRONIC LINK TO THEIR FOIA REGULATIONS, INCLUDING THEIR FEE SCHEDULE.

The Defense Freedom of Information Policy Office will satisfy this requirement.

## SECTION XII - BACKLOGS, CONSULTATIONS, AND COMPARISONS

**A.  BACKLOGS OF FOIA REQUESTS AND ADMINISTRATIVE APPEALS.**
(1) Provide the number of FOIA requests and administrative appeals that were **pending beyond the statutory time period** as of the end of the fiscal year.
(2) NOTE:  The statutory time period is ordinarily twenty working days from receipt of a perfected request (see 5 U.S.C. Section 552(a)(6)(A)(i). but may be extended up to ten additional working days when "unusual circumstances" are present (see 5 U.S.C. Section 552(a)(6)(B)(i).

| 1. NUMBER OF BACKLOGGED REQUESTS AS OF END OF FISCAL YEAR *(Backlog requests should be equal to or less than Section V.A.4 total backlog requests.)* | 2. NUMBER OF BACKLOGGED APPEALS AS OF END OF FISCAL YEAR *(Backlog appeals should be equal to or less than Section VI.A.4 total backlog appeals.)* |
|---|---|
| 1136 | 59 |

**3.  EXPLAIN BACKLOG HERE** *(Optional)*
Due to requests being tracked in the wrong request type or amended for further processing, the totals in the following sections were adjusted: Section V(A)(1) and Section XII(B)(1) increased by 2.

**B.  CONSULTATION ON FOIA REQUESTS - RECEIVED, PROCESSED, AND PENDING CONSULTATIONS.**
The consultation portions of the Annual Report require information about consultations received from other agencies, not sent to other agencies.
(1) Provide the number of consultations received from other agencies, those processed, and those pending, as described in the columns below.
(2) The number in Column 1 must match the number of "Consultations Received from Other Agencies that Were Pending at Your Agency as of End of the Fiscal Year" (Column 4) from last year's Annual Report.
(3) The sum of Columns 1 and 2 minus the number in Column 3 must equal the number in Column 4.

| 1. NUMBER OF CONSULTATIONS RECEIVED FROM OTHER AGENCIES PENDING AT YOUR AGENCY AS OF START OF THE FISCAL YEAR | 2. NUMBER OF CONSULTATIONS RECEIVED FROM OTHER AGENCIES DURING THE FISCAL YEAR | 3. NUMBER OF CONSULTATIONS RECEIVED FROM OTHER AGENCIES THAT WERE PROCESSED BY YOUR AGENCY DURING THE FISCAL YEAR | 4. NUMBER OF CONSULTATIONS RECEIVED FROM OTHER AGENCIES PENDING AT YOUR AGENCY AS OF END OF THE FISCAL YEAR |
|---|---|---|---|
| 313 | 294 | 373 | 234 |

**C.  CONSULTATIONS ON FOIA REQUESTS - TEN OLDEST CONSULTATIONS RECEIVED FROM OTHER AGENCIES AND PENDING AT YOUR AGENCY.**
Provide the date of receipt of the ten oldest consultations received from other agencies pending at your agency as of the end of the fiscal year, and the number of days pending.

| | 10th OLDEST | 9th | 8th | 7th | 6th | 5th | 4th | 3rd | 2nd | OLDEST |
|---|---|---|---|---|---|---|---|---|---|---|
| **1. DATE OF RECEIPT** | 07/09/14 | 06/16/14 | 05/28/14 | 04/24/14 | 03/28/14 | 02/21/14 | 09/12/13 | 06/28/13 | 04/10/13 | 03/05/13 |
| **2. NUMBER OF DAYS PENDING** | 811 | 827 | 840 | 863 | 882 | 907 | 1017 | 1069 | 1125 | 1151 |

**DD FORM 2564, JUL 2013**

| SUBCOMPONENT/COMPONENT OR AGENCY REPORTING | REPORT FOR FISCAL YEAR |
|---|---|
| Defense Intelligence Agency | **2017** |

### SECTION XII - BACKLOGS, CONSULTATIONS, AND COMPARISONS (Continued)

**D. COMPARISON OF NUMBERS OF REQUESTS FROM PREVIOUS AND CURRENT ANNUAL REPORT - REQUESTS RECEIVED, PROCESSED, AND BACKLOGGED.**

(1) Provide the number of requests received and the number of requests processed during the fiscal year, and the number of requests backlogged as of the end of the fiscal year (starting with the Annual Report from Fiscal Year 2009) from last year's Annual Report and the number of those received and processed during the fiscal year, and backlogged as of the end of the fiscal year, from the current Annual Report.

(2) The numbers in Columns 1 and 2 must match the "Number of Requests Received in Fiscal Year" from Section V. A. of the Annual Report from last year and from this year respectively.  The numbers in Columns 3 and 4 must match the "Number of Requests Processed in Fiscal Year" from Section V. A. of the Annual Report from last year and from this year respectively.

(3) The numbers in Columns 5 and 6 must match the "Number of Backlogged Requests as of End of the Fiscal Year" from Section XII. A. of the previous Annual Report and the current Annual Report, respectively.

| REQUESTS RECEIVED | | REQUESTS PROCESSED | | REQUESTS BACKLOGGED | |
|---|---|---|---|---|---|
| 1. NUMBER RECEIVED DURING FISCAL YEAR FROM LAST YEAR'S ANNUAL REPORT | 2. NUMBER RECEIVED DURING FISCAL YEAR FROM CURRENT ANNUAL REPORT | 3. NUMBER PROCESSED DURING FISCAL YEAR FROM LAST YEAR'S ANNUAL REPORT | 4. NUMBER PROCESSED DURING FISCAL YEAR FROM CURRENT ANNUAL REPORT | 5. NUMBER BACKLOGGED AS OF END OF THE FISCAL YEAR FROM PREVIOUS ANNUAL REPORT | 6. NUMBER BACKLOGGED AS OF END OF THE FISCAL YEAR FROM CURRENT ANNUAL REPORT |
| 902 | 786 | 670 | 758 | 1062 | 1136 |

**E. COMPARISON OF NUMBERS OF ADMINISTRATIVE APPEALS FROM PREVIOUS AND CURRENT ANNUAL REPORT - APPEALS RECEIVED, PROCESSED, AND BACKLOGGED.**

(1) Provide the number of administrative appeals received and the number of administrative appeals processed during the fiscal year, and the number of administrative appeals backlogged as of the end of the fiscal year (starting with the Annual Report from Fiscal Year 2009) from last year's Annual Report and the number of those received and processed during the fiscal year, and backlogged as of the end of the fiscal year, from the current Annual Report.

(2) The numbers in Columns 1 and 2 must match the "Number of Administrative Appeals Received in Fiscal Year" from Section VI. A. of the Annual Report from last year and from this year respectively.  The numbers in Columns 3 and 4 must match the "Number of Administrative Appeals Processed in Fiscal Year" from Section VI. A. of the Annual Report from last year and from this year respectively.

(3) The numbers in Columns 5 and 6 must match the "Number of Backlogged Administrative Appeals as of End of the Fiscal Year" from Section XII. A. of the previous Annual Report and the current Annual Report, respectively.

| APPEALS RECEIVED | | APPEALS PROCESSED | | APPEALS BACKLOGGED | |
|---|---|---|---|---|---|
| 1. NUMBER RECEIVED DURING FISCAL YEAR FROM LAST YEAR'S ANNUAL REPORT | 2. NUMBER RECEIVED DURING FISCAL YEAR FROM CURRENT ANNUAL REPORT | 3. NUMBER PROCESSED DURING FISCAL YEAR FROM LAST YEAR'S ANNUAL REPORT | 4. NUMBER PROCESSED DURING FISCAL YEAR FROM CURRENT ANNUAL REPORT | 5. NUMBER BACKLOGGED AS OF END OF THE FISCAL YEAR FROM PREVIOUS ANNUAL REPORT | 6. NUMBER BACKLOGGED AS OF END OF THE FISCAL YEAR FROM CURRENT ANNUAL REPORT |
| 27 | 54 | 25 | 73 | 75 | 59 |

**F.  DISCUSSION OF OTHER FOIA ACTIVITIES** (Optional).  Provide here any further information about the agency's efforts to improve FOIA administration.  Attach additional pages if necessary.

DIA's focus was closing the ten oldest requests in each category.  Although, DIA did not meet the 5 percent backlog reduction for FOIA, the backlog only increased by 2.7 compared 26.1% increase FY16.  However, DIA exceeded backlog reductions in Appeals and consultations.

- FOIA backlog increased by 2.7 percent
- Appeals backlog decreased by 24.1 percent
- Consultation backlog decreased by 25 percent
- Closed the 10 oldest FOIA requests
- Closed the 10 oldest Appeal requests
- Closed the 10 oldest Consultation requests

| SUBCOMPONENT/COMPONENT OR AGENCY REPORTING | REPORT FOR FISCAL YEAR |
|---|---|
| Defense Intelligence Agency | 2017 |

## SECTION XIII - GRADE LEVELS/PAY RATES/TYPE(S) OF HOURS WORKED ON ANNUAL REPORT

**A. CONTRACTOR/NON HOURLY COSTS.**
Provide any contractor/non hourly costs, including a description of the work performed.  Do not provide hourly rates, but rather overall costs for the specific work.

| 1. DESCRIPTION OF WORK PERFORMED | 2. COST TO COMPONENT |
|---|---|
| (1) | $ |
| (2) | $ |
| (3) | $ |
| (4) | $ |
| (5) | $ |
| (6) | $ |
| (7) | $ |

**B. GRADE LEVEL/PAY RATE (INCLUDING STEP, IF APPLICABLE) AND NUMBER OF HOURS WORKED IN HELPING GENERATE/PREPARE THE ANNUAL REPORT.**
Provide the Grade Level/Pay Rate, including step, if applicable, of each type of employee (Military/Civilian/Contractor) who worked to generate and prepare the annual report, and the number of hours worked at each level/pay rate.

| 1. GRADE LEVEL/PAY RATE | 2. HOURS WORKED | 1. GRADE LEVEL/PAY RATE | 2. HOURS WORKED | 1. GRADE LEVEL/PAY RATE | 2. HOURS WORKED |
|---|---|---|---|---|---|
| (1) GG-14/$61.04 | 2 | (11) | | (21) | |
| (2) GG-13/$51.65 | 48 | (12) | | (22) | |
| (3) | | (13) | | (23) | |
| (4) | | (14) | | (24) | |
| (5) | | (15) | | (25) | |
| (6) | | (16) | | (26) | |
| (7) | | (17) | | (27) | |
| (8) | | (18) | | (28) | |
| (9) | | (19) | | (29) | |
| (10) | | (20) | | (30) | |

DD FORM 2564, JUL 2013

| SUBCOMPONENT/COMPONENT OR AGENCY REPORTING | REPORT FOR FISCAL YEAR | |
|---|---|---|
| Defense Intelligence Agency | 2017 | |

| SECTION II - MAKING A FOIA REQUEST *(Continued)* | | |
|---|---|---|
| **1. ALL AGENCY COMPONENTS THAT RECEIVE FOIA REQUESTS** *(Continued)*   *Return to Section II 1* | | |
| a. SUBCOMPONENT/COMPONENT OR AGENCY *(e.g.., McDill AFB, Department of the Air Force)* | b. **ADDRESS** *(Mail Stop, Room, Building, Base, City, State or Country, ZIP Code)* | c. TELEPHONE NUMBER |
| | | |

| SUBCOMPONENT/COMPONENT OR AGENCY REPORTING | REPORT FOR FISCAL YEAR |
|---|---|
| Defense Intelligence Agency | 2017 |

**SECTION IV - EXEMPTION 3 STATUTES** *(Continued) Return to Section IV 1*

(1) List all Exemption 3 statutes. (http://www.dod.mil/pubs/foi/dfoipo/docs/b3.pdf)
(2) The Defense Freedom of Information Policy Office will satisfy this requirement.
(3) The Defense Freedom of Information Policy Office will satisfy this requirement.
(4) For each request, report the number of times each statute was relied upon, however, count each statute only once per request.

| 1.<br>STATUTE *(CTRL+click to select all applicable)* | 2.<br>TYPE OF INFORMATION WITHHELD | 3.<br>CASE CITATION | 4.<br>NO. OF TIMES RELIED UPON |
|---|---|---|---|
|  | The Defense Freedom of Information Policy Office will satisfy this requirement. | The Defense Freedom of Information Policy Office will satisfy this requirement. |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| Other: |  |  |  |
| Other: |  |  |  |

**DD FORM 2564, JUL 2013**