**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL SECURITY ARCHIVE,     ) | |
| ) | |
| Plaintiff,    ) | |
| ) | |
| v.    ) | Civil Action No. 19-0529 (TNM) |
| ) | |
| DEFENSE INTELLIGENCE AGENCY,    ) | |
| ) | |
| Defendant.    ) | |

**JOINT STATUS REPORT**

Defendant Defense Intelligence Agency ("Defendant" or "DIA"), a component-agency of U.S. Department of Defense ("DOD"), and Plaintiff National Security Archive ("Plaintiff"), through undersigned counsel, respectfully submit this Joint Status Report.

1. Plaintiff's Complaint alleges that this action is brought under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, and seeks disclosure of documents contained among "Lieutenant General Leonard Perroots' 1989 records related to the "1983 Soviet 'War Scare'." Plaintiff believes that the materials it seeks are located within three boxes of materials located in the Washington Records Center in Suitland, Maryland.

2. Defendant filed its Answer on May 10, 2019.

3. The search has been completed and Defendant has retrieved from the Washington Records Center the boxes referenced in the FOIA request.

4. Defendant cannot provide an estimated number of potentially responsive records because the records are in hardcopy form and must be scanned and uploaded to the document review system before an accurate page count can be determined.

5. Defendant does not intend to seek an *Open America* stay in this case.

6.      A *Vaughn* index will likely be required for this case.

7.      The parties propose that the Court defer setting a briefing schedule in this matter until the production of responsive nonexempt portions of records has been completed and the parties have had an opportunity to attempt to resolve disputes without Court intervention.

8.      Based on its understanding of Plaintiff's interests in the contents of the boxes, Defendant has proposed a way to narrow the scope of the documents to be reviewed and processed by the Agency.   Plaintiff has provided a counterproposal.   The parties are continuing to negotiate in good faith to determine the most efficient way to process the records contained in the three boxes.

9.      To that end, the parties request that the Court allow additional time to confer and set an additional Joint Status Report due date for Friday, June 21, 2019.


Dated:  June 13, 2019                          Respectfully submitted,


*For Plaintiff:*                                   *For Defendants:*

JOHN S. GUTTMANN                    JESSIE K. LIU
D.C. Bar No. 251934                      D.C. Bar No. 472845
Beveridge & Diamond, P.C.           United States Attorney


By:  *//s// Hilary T. Jacobs*              DANIEL F. VAN HORN
HILARY T. JACOBS                        D.C. Bar No. 924092
D.C. Bar No. 1021353                     Chief, Civil Division
Beveridge & Diamond, P.C.
1350 I Street, N.W., Suite 700         By:  */s/ April Denise Seabrook*
Washington, D.C. 20005-3311        APRIL DENISE SEABROOK
Telephone: (202) 789-6086            D.C. Bar No. 993730
Facsimile: (202) 789-6190             Assistant United States Attorney
Email: hjacobs@bdlaw.com           555 4th Street, N.W.
                                                      Washington, D.C. 20530
                                                      (202) 252-2525
                                                      April.Seabrook@usdoj.gov

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL SECURITY ARCHIVE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 19-0529 (TNM) |
| | ) |
| DEFENSE INTELLIGENCE AGENCY, | ) |
| | ) |
| Defendant. | ) |

**<u>ORDER</u>**

Having reviewed the Joint Status Report submitted by the parties, the Court hereby **ADOPTS** the parties report.

It is **FURTHER ORDERED** that the parties shall file another joint status report no later than June 21, 2019.

It is **SO ORDERED**.

_____
Date

_____
United States District Judge