UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| NATIONAL SECURITY ARCHIVE, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 19-0529 (TNM) |
| DEFENSE INTELLIGENCE AGENCY, | ) ) ) | |
| Defendant. | ) ) | |

**JOINT STATUS REPORT**

Defendant Defense Intelligence Agency ("Defendant" or "DIA"), a component-agency of U.S. Department of Defense ("DOD"), and Plaintiff National Security Archive ("Plaintiff"), through undersigned counsel, respectfully submits this Joint Status Report.

1. Plaintiff's Complaint alleges that this action is brought under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, and seeks disclosure of documents contained among "Lieutenant General Leonard Perroots' 1989 records related to the "1983 Soviet 'War Scare'." Plaintiff believes that the materials it seeks are located within three boxes of materials located in the Washington Records Center in Suitland, Maryland.

2. Defendant filed its Answer on May 10, 2019.

3. The Parties submitted a Joint Status Report on Thursday, June 13, 2019.

4. Since the First Status Report was filed, Defendant has determined that the boxes contain 26 folders. Each folder contains an index describing the folder's contents. The Parties agree that Defendant will make every effort to process and produce all of the indices in the folders to Plaintiff no later than Friday, July 12, 2019.

5. Defendant will provide Plaintiff with a Status Update on July 1, 2019, informing Plaintiff of the following:

   a. Whether Defendant expects to have fully processed and produced all indices by the July 12, 2019 deadline.

   b. If Defendant anticipates that they will not have finished reviewing and producing all indices by July 12, the Status Update will inform Plaintiff of (i) the volume of indices that Defendants have left to process, (ii) an estimate of how much additional time the processing will take, and (c) whether Defendant has or will need to consult with any additional government agencies.

6. Plaintiff retains discretion to negotiate an expedited processing schedule for the remaining indices or all files in the boxes following Defendant's July 1 Status Update.  Similarly, Defendant retains discretion to refuse to expedite processing based on the circumstances in existence at the time of the parties' discussions.

7. After Defendant has processed all indices, Plaintiff will request additional materials identified in the indices for Defendant to process based on Plaintiff's review of the indices provided.  Plaintiff retains discretion to request all files in the boxes based on their review of the indices.  The Parties will further negotiate the most efficient way to process any additional records listed in the indices and requested by Plaintiff.

8.  The Parties therefore request that the Court set an additional Joint Status Report due date for Wednesday, July 31, 2019 to allow for Defendant to fully process the indices and for the Parties to subsequently confer regarding next steps.

Dated:  June 21, 2019                                      Respectfully submitted,

| *For Plaintiff:* | *For Defendant:* |
|---|---|
| //s//  *Hilary T. Jacobs* <br> John S. Guttmann <br> D.C. Bar No.: 251934 <br> <br> Hilary T. Jacobs <br> D.C. Bar No. 1021353; <br> Beveridge & Diamond, P.C. <br> 1350 I Street, N.W., Suite 700 <br> Washington, D.C. 20005-3311 <br> Telephone: (202) 789-6020 <br> Facsimile: (202) 789-6190 <br> Email: jguttmann@bdlaw.com | JESSIE K. LIU <br> D.C. Bar No. 472845 <br> United States Attorney <br> <br> DANIEL F. VAN HORN <br> D.C. Bar No. 924092 <br> Chief, Civil Division <br> <br> By:  /s/ *April Denise Seabrook* <br> APRIL DENISE SEABROOK <br> D.C. Bar No. 993730 <br> Assistant United States Attorney <br> 555 4th Street, N.W. <br> Washington, D.C. 20530 <br> (202) 252-2525 <br> April.Seabrook@usdoj.gov |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL SECURITY ARCHIVE, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 19-0529 (TNM) |
| DEFENSE INTELLIGENCE AGENCY, | ) |
| Defendant. | ) |

## **ORDER**

Having reviewed the Joint Status Report submitted by the parties, the Court hereby **ADOPTS** the parties report.

It is **FURTHER ORDERED** that the parties shall file another joint status report no later than July 31, 2019.

It is **SO ORDERED**.

_____   _____
Date                                         United States District Judge