# EXHIBIT 1

# Hilary T. Jacobs

| | |
|---|---|
| **From:** | Seabrook, April (USADC) <April.Seabrook@usdoj.gov> |
| **Sent:** | Sunday, July 28, 2019 3:39 PM |
| **To:** | Hilary T. Jacobs |
| **Cc:** | John S. Guttmann |
| **Subject:** | RE: NSA v DIA, 19-0529 (TNM) - Narrowing Scope of Request |

Hilary:

I've been informed that I can provide you with the following information:

DIA is making progress in processing the inventories, but is not yet in a position to release any complete records. As you are aware, there are multiple stakeholders with equities in the information contained in these inventories. DIA has received feedback from some equity-holders for some of the inventories, but until its receives feedback from the remaining equity-holders, these partial responses are insufficient to make a final release determination on any of the inventories. For this reason, DIA has been unable to begin any rolling production. Additionally, some equity-holders have requested additional background information to inform their review. This has added unanticipated delays to the review process. There are many moving parts with regards to the processing of these inventories, but there has been much forward momentum. DIA remains committed to processing the 26 inventories and rolling them out for final release as soon as each is completed and will continue to provide periodic updates.

~ April D.S.


~~~~~~~~~~~~~~~~~~~~~~~~~~
**APRIL DENISE SEABROOK**
Assistant United States Attorney
Office: (202) 252-2525
Cell: (202) 815-9024
April.Seabrook@usdoj.gov

**From:** Hilary T. Jacobs <HJacobs@bdlaw.com>
**Sent:** Monday, July 22, 2019 12:05 PM
**To:** Seabrook, April (USADC) <ASEABROOK@usa.doj.gov>
**Cc:** John S. Guttmann <JGuttmann@bdlaw.com>
**Subject:** RE: NSA v DIA, 19-0529 (TNM) - Narrowing Scope of Request

April:

I am checking in again to see if you have heard from your client regarding timing. Thank you.

Hilary

**Hilary T. Jacobs**
Associate

**BEVERIDGE & DIAMOND PC**
O +1.202.789.6086 ~ HJacobs@bdlaw.com

1

**From:** Hilary T. Jacobs
**Sent:** Wednesday, July 17, 2019 11:12 AM
**To:** 'Seabrook, April (USADC)' <April.Seabrook@usdoj.gov>
**Cc:** John S. Guttmann <JGuttmann@bdlaw.com>
**Subject:** RE: NSA v DIA, 19-0529 (TNM) - Narrowing Scope of Request

Hi April:

Have you received have an updated estimate of timing on this from your client?

Thank you,

Hilary

**Hilary T. Jacobs**
Associate

BEVERIDGE & DIAMOND PC
O +1.202.789.6086  ~  HJacobs@bdlaw.com

---

**From:** Hilary T. Jacobs
**Sent:** Thursday, July 11, 2019 3:13 PM
**To:** 'Seabrook, April (USADC)' <April.Seabrook@usdoj.gov>
**Cc:** John S. Guttmann <JGuttmann@bdlaw.com>
**Subject:** RE: NSA v DIA, 19-0529 (TNM) - Narrowing Scope of Request

April:

Our client cannot move forward without having even a rough estimate of timing. We believe that the court will also require this information. Plaintiff has agreed to have DIA process the indices first in an attempt to reduce the scope of this review for all parties involved. However, for this to make sense, we need to know when we can expect productions to begin. Otherwise, we might as well ask DIA to fully process the boxes and we will negotiate a processing schedule of a certain number of pages per month, which is standard in FOIA cases, and will assure that we start to receive materials in a timely fashion.

Please confer with your client regarding when we can reasonably expect productions to begin, and get back to us.

Thank you.

Hilary

**Hilary T. Jacobs**
Associate

BEVERIDGE & DIAMOND PC
O +1.202.789.6086  ~  HJacobs@bdlaw.com

---

**From:** Seabrook, April (USADC) <April.Seabrook@usdoj.gov>
**Sent:** Thursday, July 11, 2019 10:33 AM

**To:** Hilary T. Jacobs <HJacobs@bdlaw.com>
**Cc:** John S. Guttmann <JGuttmann@bdlaw.com>
**Subject:** RE: NSA v DIA, 19-0529 (TNM) - Narrowing Scope of Request

Hi Hilary:

There is no way to determine how long the process will take. DIA has impressed upon its offices and the other 15 agencies that this is time sensitive but DIA has no control over how long it will take any of these reviewers to complete its review. For example, it could 1-2 weeks for some inventories and longer than that for others. Additionally, some of the inventories will need to be reviewed by multiple agencies or DIA counterparts, which takes longer.

It should also be noted that, even if we go directly to processing the materials in the box (rather than processing the inventories), this is not going to result in your client getting materials he seeks any sooner because the materials in the box will have to go through the same referral process. The only difference is that processing the materials in the box will likely result in (1) processing materials that your client is not interested in; (2) having multiple agencies need to review documents in which your client has no interest; and (3) taking longer to review the materials, which are full documents rather than lists with document titles.

I do not know what you mean when you ask whether the inventories contain substantive information. The inventories include lists of documents but some documents have detailed or descriptive titles, which is why the document title might contain information that may be classified or otherwise exempt from disclosure.

I hope this is helpful information.

~ April D.S.


~~~~~~~~~~~~~~~~~~~~~~~~~~~
**APRIL DENISE SEABROOK**
Assistant United States Attorney
**Office:** (202) 252-2525
**Cell:** (202) 815-9024
April.Seabrook@usdoj.gov

---

**From:** Hilary T. Jacobs <HJacobs@bdlaw.com>
**Sent:** Thursday, July 11, 2019 10:04 AM
**To:** Seabrook, April (USADC) <ASEABROOK@usa.doj.gov>
**Cc:** John S. Guttmann <JGuttmann@bdlaw.com>
**Subject:** RE: NSA v DIA, 19-0529 (TNM) - Narrowing Scope of Request

Hi April,

Thank you for this additional information.

We understand that DIA will need to consult with 8 separate DIA offices and 15 agencies, which will take additional time. We appreciate that DIA is pushing this process forward.

However, our client requires a better sense of the timing of these productions, which your email did not include. When do you expect the rolling productions to begin? How long do you anticipate the entire process of rolling out the

3

productions of all 26 inventories to take? Further, do these inventories actually contain substantive information, or are they simply lists of documents? Both of us will need this information for our upcoming status report due to the court. Please provide us with this information at your earliest convenience.

Thanks,

Hilary

**Hilary T. Jacobs**
Associate



1350 I Street, NW, Suite 700 ~ Washington, DC 20005 ~ bdlaw.com
O +1.202.789.6086 ~ HJacobs@bdlaw.com

CONFIDENTIALITY STATEMENT: This electronic message contains information from the law firm of Beveridge & Diamond, P.C. and may be confidential or privileged. The information is intended solely for the use of the individual(s) or entity(ies) named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please notify us immediately by telephone at +1.202.789.6000 or by e-mail reply and delete this message. Thank you.

-----Original Message-----
From: Seabrook, April (USADC) <April.Seabrook@usdoj.gov>
Sent: Wednesday, July 10, 2019 6:28 PM
To: Hilary T. Jacobs <HJacobs@bdlaw.com>
Cc: John S. Guttmann <JGuttmann@bdlaw.com>
Subject: RE: NSA v DIA, 19-0529 (TNM) - Narrowing Scope of Request

Hi Hilary:

I write to provide you with an update regarding processing of the inventories:

Unfortunately, DIA is not in a position to make any productions by 12 July.  Upon a closer review of all 26 inventories, DIA determined the need to consult with over 15 agencies.  DIA also had to task 8 separate offices within DIA to review the information falling within their topical/regional areas of expertise.   Since most of the inventories have multiple equities in them, they cannot be processed for final release until *all* equity-holder responses are received and accounted for.  DIA is working diligently to move this process along as quickly as possible to the extent that is within our control.  DIA remains committed to processing the 26 inventories and rolling them out for final release as soon as each is completed.  In the meantime, DIA appreciates plaintiff's understanding and patience with the process.

If you have any questions, please let me know.

~ April D.S.


~~~~~~~~~~~~~~~~~~~~~~~~~
APRIL DENISE SEABROOK
Assistant United States Attorney
Office: (202) 252-2525
Cell: (202) 815-9024
April.Seabrook@usdoj.gov

-----Original Message-----
From: Hilary T. Jacobs <HJacobs@bdlaw.com>
Sent: Monday, July 8, 2019 12:59 PM
To: Seabrook, April (USADC) <ASEABROOK@usa.doj.gov>
Cc: John S. Guttmann <JGuttmann@bdlaw.com>
Subject: RE: NSA v DIA, 19-0529 (TNM) - Narrowing Scope of Request

Hi April,

Thank you for this update. We look forward to hearing from you with the first production on Friday, July 12.

Best,

Hilary

Hilary T. Jacobs
Associate

BEVERIDGE & DIAMOND PC
O +1.202.789.6086 ~ HJacobs@bdlaw.com


-----Original Message-----
From: Seabrook, April (USADC) <April.Seabrook@usdoj.gov>
Sent: Sunday, July 7, 2019 11:31 AM
To: Hilary T. Jacobs <HJacobs@bdlaw.com>
Cc: John S. Guttmann <JGuttmann@bdlaw.com>
Subject: RE: NSA v DIA, 19-0529 (TNM) - Narrowing Scope of Request

Hi Hilary:

I apologize for the delay in sending you this update.  That was my fault.  The Agency sent me the information but I didn't see the Agency's email, and I had forgotten to mark on my calendar that the update was due, so I forgot about it.  Included below is the update based on information provided to me on June 1.

DIA has completed its review of the 26 multi-page inventories and, as expected, identified multiple internal subject matter offices, as well as numerous other government agencies and DoD offices and components with equities in the information contained in each of the inventories.  DIA is in the process of sending the appropriate offices/agencies/components the requisite review and consultation requests, but given the volume of consultations required, DIA does not anticipate having all responses back in time to review and process for final release by the 12 July deadline.  DIA is making every effort to have the inventories processed as quickly as possible and, to the extent that DIA is able to make any final releases by 12 July, it will do so.  Given that DIA is at the mercy of the other offices/agencies/components timelines for processing the consultations, it is difficult to determine with any certainty how much additional time will be needed.  We will make rolling productions as we receive the responses to the consultations and the inventories are processed for final release.

Thank you,
April D.S.


~~~~~~~~~~~~~~~~~~~~~~~~~

5

APRIL DENISE SEABROOK
Assistant United States Attorney
Office: (202) 252-2525
Cell: (202) 815-9024
April.Seabrook@usdoj.gov

-----Original Message-----
From: Hilary T. Jacobs <HJacobs@bdlaw.com>
Sent: Tuesday, July 2, 2019 3:04 PM
To: Seabrook, April (USADC) <ASEABROOK@usa.doj.gov>
Cc: John S. Guttmann <JGuttmann@bdlaw.com>
Subject: RE: NSA v DIA, 19-0529 (TNM) - Narrowing Scope of Request

April:

Understanding that you are out of town, our agreement obligates you and your client to provide us with a stoats update, which we were due yesterday. Please provide us with one at your earliest convenience.

Thanks,

Hilary

Hilary T. Jacobs
Associate

BEVERIDGE & DIAMOND PC
O +1.202.789.6086 ~ HJacobs@bdlaw.com


-----Original Message-----
From: Seabrook, April (USADC) <April.Seabrook@usdoj.gov>
Sent: Tuesday, July 2, 2019 2:51 PM
To: Hilary T. Jacobs <HJacobs@bdlaw.com>
Subject: Automatic reply: NSA v DIA, 19-0529 (TNM) - Narrowing Scope of Request

Thank you for your email.  I am away from the office for the remainder of the week, and I will not be checking email regularly.  I will respond to your message when I return.

If you need immediate assistance, please call the main number of the Civil Division of the U.S. Attorneys Office at 202-252-2500.

~ April D.S.