UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATIONAL SECURITY ARCHIVE,       )<br>                                                          )<br>              Plaintiff,                          )<br>                                                          )<br>        v.                                             )<br>                                                          )<br> DEFENSE INTELLIGENCE AGENCY, )<br>                                                          )<br>              Defendant.                       )<br>                                                          ) | Civil Action No. 19-0529 (CJN) |

## JOINT STATUS REPORT

Plaintiff National Security Archive ("Plaintiff") and Defendant Defense Intelligence Agency ("Defendant" or "DIA"), a component-agency of U.S. Department of Defense ("DOD"), through undersigned counsel, respectfully submit this Joint Status Report.

1. Plaintiff's Complaint alleges that this action is brought under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, and seeks disclosure of files from three specific boxes of documents located in the Washington Records Center in Suitland, Maryland. Plaintiff's Complaint identifies the files by accession number, volume, location, file name and date, and box number. Docket Entry No. 1, Feb. 28, 2019.

2. Defendant filed its Answer on May 10, 2019. Docket Entry No. 12, May 10, 2019.

3. The Parties submitted their first Joint Status report on June 13, 2019, their second on June 21, 2019, and their third on July 31, 2019.

4. On August 14, 2019, the Court indicated that Defendant should produce as many indices describing the contents of the three boxes requested as possible by August 31, 2019. The Court further ordered the Parties to file a Joint Status Report by September 9, 2019 following Defendant's August 31, 2019 production. Minute Order, August 14, 2019.

5. On August 30, 2019, Defendant provided eleven of the twenty-six indices (a total of 51 pages out of a total of 132 pages) to Plaintiff.

6. Defendant is continuing to process the remaining 15 indices (81 pages total) and will provide its next production of inventories no later than October 1, 2019.

7. The Parties therefore request that the Court set an additional Joint Status Report deadline for Friday, October 4, 2019, to allow for Defendant to fully process its next set of indices and for the Parties to subsequently confer regarding next steps.

Dated:  September 9, 2019                                         Respectfully submitted,

*For Plaintiff:*

John S. Guttmann
D.C. Bar No.: 251934
Beveridge & Diamond, P.C.

*//s// Hilary T. Jacobs*
Hilary T. Jacobs
D.C. Bar No. 1021353;
Beveridge & Diamond, P.C.
1350 I Street, N.W., Suite 700
Washington, D.C. 20005-3311
Telephone: (202) 789-6020
Facsimile: (202) 789-6190
Email: jguttmann@bdlaw.com

*For Defendant:*

JESSIE K. LIU
D.C. Bar No. 472845
United States Attorney

DANIEL F. VAN HORN
D.C. Bar No. 924092
Chief, Civil Division

By: */s/ April Denise Seabrook*
APRIL DENISE SEABROOK
D.C. Bar No. 993730
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2525
April.Seabrook@usdoj.gov

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATIONAL SECURITY ARCHIVE, | ) |
|  | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 19-0529 (CJN) |
|  | ) |
| DEFENSE INTELLIGENCE AGENCY, | ) |
|  | ) |
| Defendant. | ) |

## **PROPOSED ORDER**

The Court **ADOPTS** the Parties' Joint Status Report.

It is **ORDERED** that Defendant shall produce the next set of indices by October 1, 2019, and the parties shall file another Joint Status Report on October 4, 2019.

It is **SO ORDERED**.

_____      _____
Date                                                                  United States District Judge