UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |   |
|---|---|---|
| NATIONAL SECURITY ARCHIVE, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 19-0529 (CJN) |
| DEFENSE INTELLIGENCE AGENCY, | ) ) ) | |
| Defendant. | ) ) | |

**JOINT STATUS REPORT**

Plaintiff National Security Archive ("Plaintiff") and Defendant Defense Intelligence Agency ("Defendant" or "DIA"), a component-agency of U.S. Department of Defense ("DOD"), through undersigned counsel, respectfully submit this Joint Status Report.

1.  Plaintiff's Complaint alleges that this action is brought under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, and seeks disclosure of files from three specific boxes of documents located in the Washington Records Center in Suitland, Maryland. Plaintiff's Complaint identifies the files by accession number, volume, location, file name and date, and box number. Docket Entry No. 1, Feb. 28, 2019.

2.  Defendant filed its Answer on May 10, 2019. Docket Entry No. 12, May 10, 2019.

3.  The Parties submitted their first Joint Status report on June 13, 2019, their second on June 21, 2019, and their third on July 31, 2019.

4.  On August 14, 2019, the Court indicated that Defendant should produce as many indices describing the contents of the three boxes requested as possible by August 31, 2019. The Court further ordered the Parties to file a Joint Status Report by September 9, 2019 following Defendant's August 31, 2019 production. Minute Order, August 14, 2019.

5. On August 30, 2019, Defendant provided eleven of the twenty-six indices (a total of 51 pages out of a total of 132 pages) to Plaintiff.

6. On September 30, 2019, Defendant provided the fifteen remaining indices to Plaintiff (81 pages total). Defendant noted that they are continuing to process a discrete portion of one index that still requires consultation review, and will provide it as soon as consultation review is complete.

7. Having reviewed all 26 indices of the documents in the three boxes, Plaintiff believes that the scope of this case can be narrowed. Accordingly, Plaintiff requested that Defendant fully process only the 31 documents described in Appendix A per the schedule described below while simultaneously continuing to process the discrete portion of one index described in Paragraph 6, above.

8. On October 4, 2019, the Parties agreed that Defendant would notify Plaintiff no later than October 11, 2019, of when it anticipates that it will be able to make an initial production of the non-exempt portions of one-quarter (i.e., eight) of the documents requested in Appendix A. Docket Entry No. 17, October 7, 2019.

9. On October 15, 2019, Defendant informed Plaintiff that they would make an initial production of the first quarter of the documents requested in Appendix A by December 10, 2019 "and thereafter would make productions on a monthly basis."

10. The Parties therefore request that the Court set an additional Joint Status Report deadline for December 20 2019, to allow Defendant to fully process the first fourth of the requested documents.

Dated: November 8, 2019                    Respectfully submitted,

*For Plaintiff:*                           *For Defendant:*

John S. Guttmann                           JESSIE K. LIU
D.C. Bar No.: 251934                       D.C. Bar No. 472845
Beveridge & Diamond, P.C.                  United States Attorney

*//s//* Hilary Jacobs                      DANIEL F. VAN HORN
Hilary T. Jacobs                           D.C. Bar No. 924092
D.C. Bar No. 1021353;                      Chief, Civil Division
Beveridge & Diamond, P.C.
1350 I Street, N.W., Suite 700             By: */s/* April Seabrook
Washington, D.C. 20005-3311                APRIL DENISE SEABROOK
Telephone: (202) 789-6020                  D.C. Bar No. 993730
Facsimile: (202) 789-6190                  Assistant United States Attorney
Email: jguttmann@bdlaw.com                 555 4th Street, N.W.
                                           Washington, D.C. 20530
                                           (202) 252-2525
                                           April.Seabrook@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATIONAL SECURITY ARCHIVE,<br><br>Plaintiff,<br><br>v.<br><br>DEFENSE INTELLIGENCE AGENCY,<br><br>Defendant. | Civil Action No. 19-0529 (CJN) |

## **PROPOSED ORDER**

The Court **ADOPTS** the Parties' Joint Status Report.

It is **ORDERED** that Defendant shall provide Plaintiff of the first production of non-exempt portions of one-fourth (i.e., eight) of the requested documents by December 10, 2019, with monthly productions of each of the remaining quarters of documents following thereafter, and the parties shall file another Joint Status Report on December 20, 2019.

It is **SO ORDERED**.

_____                    _____
Date                                                                          United States District Judge

# Appendix A

| Index Title | Document Title |
|---|---|
| 1. Box 1 Inventory 2 | 1/9/89 End of Tour Report (Addendum) General Perroots |
| 2. Box 1 Inventory 2 | 3/17/89 End of Tour Report (LtGen Perroots) |
| 3. Box 1 Inventory 2 | 4/21/89 New Info on the Soviet BACKFIRE Bomber |
| 4. Box 1 Inventory 4 | 3/21/89 Ltr to redacted re Soviet Threat to C3 |
| 5. Box 1 Inventory 4 | 3/20/89 OJCS Summary Sheet, 1962 Cuban Missile Crisis |
| 6. Box 1 Inventory 4 | 3/16/89 Fully redacted title |
| 7. Box 1 Inventory 5 | 4/3/89 Fully redacted title |
| 8. Box 1 Inventory 6 | 5/12/89 Fully redacted title |
| 9. Box 1 Inventory 6 | 5/10/89 Routine Msg SACEUR and USNMR SHAPE BE, re: WARSAW Pact Command Information |
| 10. Box 1 Inventory 6 | 5/9/89 Priority Msg to USNMR SHAPE BE and USCINCEUR VAIHINGEN GE, re: Contrasting Views |
| 11. Box 1 Inventory 8 | 4/21/89 MEMO FOR DASOD, Nuclear Forces and Arms Control Policy, OASD(ISP), re Report on Exercise WINTEX-CIMEX 89 |
| 12. Box 1 Inventory 9 | 1/19/89 OJCS Summary Sheet, CJCS Letter "EMP Warplan" |
| 13. Box 1 Inventory 9 | 1/18/1989 Position Paper, Soviet Foreign Minister Shevardnadze Speech to the Paris Chemical Warfare (CW) Conference |
| 14. Box 1 Inventory 9 | 1/31/89 Memo for ASD(AE), Soviet Obscurants and Competitive Strategies |
| 15. Box 1 Inventory 10 | 2/10/89 Position Paper, Warsaw Pact Release of Military Data |
| 16. Box 1 Inventory 10 | 2/1/89 Memo for USDA, Intelligence Community Work Dealing with Indication and Warnings |
| 17. Box 1 Inventory 11 | 2/24/89 Position Paper, Soviet Reaction to exercise PASEX-89 |
| 18. Box 1 Inventory 11 | 2/23/89 Memo for C/JCS, re Special National Intelligence Est |
| 19. Box 2 Inventory 1 | 5/20/89 Document awaiting consultation review |
| 20. Box 2 Inventory 1 | 5/19/89 Priority Msg to US MISSION NATO BRUSSELS BE, re: Soviet Production |
| 21. Box 2 Inventory 3 | 6/6/89 Ltr Honorable Warner, re: Info on status of Soviet Strategic Target Data Base |

| 22. Box 2 Inventory 7 | 9/14/89 Memo for Sec Def, Composition of the Soviet Chemical Stockpile |
|---|---|
| 23. Box 2 Inventory 7 | 9/7/89 Memo for DCI, Senate Select Committee on Intelligence classified Supplement to Report No. 101-78 |
| 24. Box 2 Inventory 11 | 9/29/89 Document title classified in full |
| 25. Box 3 Inventory 1 | 12/27/89 Routine msg to multiple addressees, Briefing on Warning of War |
| 26. Box 3 Inventory 2 | 12/14/89 Memo for DUSD(SP), DoD Counterintelligence: Past, Present, Prologue |
| 27. Box 3 Inventory 2 | 12/5/89 Immediate msg to NAMILCON/USREPMC Brussels, NATO Intelligence |
| 28. Box 3 Inventory 3 | 11/30/89 Priority msg to NAMILCOM Brussels, The Changing Role of Intelligence |
| 29. Box 3 Inventory 3 | 11/29/89 Ltr to D/SAF/SS, DIA SIGINT Panel Report |
| 30 Box 3 Inventory 3 | 11/21/89 Memo for Dep Sec, Briefing on Soviet Capabilities - INFO MEMO |
| 31. Box 3 Inventory 3 | 11/20/89 TORs (4) on Intelligence Production, DIA Modernization, Intelligence Support to the U and S Commands, and Intelligence Support for Arms Control Monitoring |