

# DEFENSE INTELLIGENCE AGENCY

WASHINGTON, D.C. 20340-5100

FAC2C (FOIA)  December 10, 2019

Mr. Nate Jones
The National Security Archive
Gelman Library, Suite 701
2130 H Street, NW
Washington, D.C. 20037

Dear Mr. Jones:

 This is an interim response to your Freedom of Information Act (FOIA) request dated August 15, 2018 that you submitted to the Defense Intelligence Agency (DIA) for *copies of records stored at the Washington Records Center in Suitland, Maryland (accession no 0040, volume 3): "DR's Official Correspondence File" (1 Jan-15 May 89) in DIA Box Number 1/3, "DR's Chron Files of Correspondence" (15 May-15 Nov 89) in DIA Box Number 2/3, and "DR's Chron Files of Correspondence" (16 Nov-31 Dec 89) in DIA Box Number 3/3.* Your request is currently the subject of litigation in the United States District Court for the District of Columbia in civil action number 19-CV-00529.

 DIA previously processed the document inventories associated with the three boxes of records in your request. After reviewing the inventories, you agreed to narrow your request to 31 documents listed in Appendix A to the Joint Status Report filed on October 7, 2019 (Docket Entry 17). This response addresses four of those documents: Items 2, 7, 13 and 22 of Appendix A.

 Upon review, it has been determined that all substantive portions of Items 7, 13 and 22 of Appendix A must be withheld in full from disclosure pursuant to the FOIA. The withheld portions are exempt from release pursuant to Exemptions 1 and 3 of the FOIA, 5 U.S.C. § 552 (b)(1) and (b)(3). Exemption 1 applies to information properly classified under the criteria of Executive Order 13526. Exemption 3 applies to information specifically exempted by a statute establishing particular criteria for withholding. The applicable statutes are 10 U.S.C. § 424 and 50 U.S.C. § 3024(i). Statute 10 U.S.C. § 424 protects the identity of DIA employees, the organizational structure of the agency, and any function of DIA. Statute 50 U.S.C. § 3024(i) protects intelligence sources and methods. DIA has not withheld any reasonably segregable non-exempt portions of the records.

 Please be advised that Item 2 of Appendix Al (3/17/89 End of Tour Report (LtGen Perroots)) was not found in the boxes. DIA has conducted follow up inquiries to attempt to locate this document. Those efforts have not been successful.

DIA has endeavored to complete review of eight of the 31 listed items by today; however, due to the number of equity holders involved and the age of the documents, the clearance process is taking longer to complete than DIA had hoped. DIA and other equity holders will continue to review the remaining documents, and provide another round of responses no later than January 10, 2020.

Sincerely,

*[signature]* for

Steven W. Tumiski
Chief, Records Management and Information Services