THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATIONAL SECURITY ARCHIVES,<br><br>Plaintiff,<br><br>v.<br><br>DEFENSE INTELLIGENCE AGENCY<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civ. No. 19-cv-0529<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S STATUS REPORT**

Pursuant to the Court's April 1, 2020 Order Defendant submits the following update. Defendant has no reported changes to its FOIA operations. Defendant anticipates a phased reconstitution of its workforce that will lead to renewal of FOIA operations in some capacity. That plan is contingent upon the status of the pandemic situation in the National Capital Region, and no specific date has yet been determined for implementation. Defendant will provide an update on before June 5, 2020.

Dated: May 5, 2020

Respectfully Submitted,

TIMOTHY J. SHEA
D.C. Bar #437437
United States Attorney

DANIEL F. VAN HORN, DC Bar #924092
Chief, Civil Division

/s

BENTON G. PETERSON, BAR # 1029849
Assistant United States Attorney
555 4th Street, N.W. – Civil Division
Washington,D.C. 20530
(202) 252-2534

1