THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL SECURITY ARCHIVES, ) <br><br> Plaintiff, ) <br><br> v. ) <br><br> ) <br><br> DEFENSE INTELLIGENCE AGENCY ) <br><br> Defendant. ) | Civ. No. 19-cv-0529 |

**DEFENDANT'S STATUS REPORT**

Pursuant to the Court's April 1, 2020 Order Defendant submits the following update.  As

of May 29, 2020, Defendant entered Phase I of a phased reconstitution of its workforce that will

lead to renewal of FOIA operations in some capacity, however that plan is contingent upon the

status of the pandemic situation in the National Capital Region. The FOIA Office plans to begin

safely returning its officers to work in the office via three teams coming in two days per week,

with two shifts. However, as all officers who are part of the small FOIA-Litigation (FOIA-LIT)

team have self-identified as high-risk, at this time it is therefore not likely that any will return to

on-site work in Phase I, and it may also bring delays when the Agency goes to Phase II.

Defendant's FOIA office is planning to start training a new FOIA-LIT officer to come in 1-2 days

per week to serve as a bridge to the high-risk FOIA-LIT Subject Matter Experts (SMEs) at home

with the on-site FOIA officers (non-LIT), but that person is also high-risk, so there will be

challenges to getting approvals for the return to work. Therefore, Defendant is still at this time

unable to provide additional responses or information regarding this case and will keep the Court

informed on the progress.

Dated: June 5, 2020


Respectfully Submitted,

MICAHAEL SHERWIN
United States Attorney

DANIEL F. VAN HORN, DC Bar #924092
Chief, Civil Division

/s
BENTON G. PETERSON, BAR # 1029849
Assistant United States Attorney
555 4th Street, N.W. – Civil Division
Washington,D.C. 20530
(202) 252-2534

1

SBU - LEGAL