THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATIONAL SECURITY ARCHIVES, ) | |
| Plaintiff, ) | |
| v. ) | Civ. No. 19-cv-0529 |
| DEFENSE INTELLIGENCE AGENCY ) | |
| Defendant. ) | |

**DEFENDANT'S STATUS REPORT**

Pursuant to the Court's April 1, 2020 Order, Defendant submits the following update. As of May 29, 2020, Defendant entered Phase I of a phased reconstitution of its workforce that will lead to renewal of FOIA operations in some capacity, however that plan is contingent upon the status of the pandemic situation in the National Capital Region. DIA is still in Phase I at this time. DIA has specific plans to increase staffing in Phase II. However, the shift to Phase II staffing is contingent upon the status of the pandemic in the National Capital Region, and movement to Phase II staffing has not yet been initiated. In Phase II, the FOIA Office plans to begin safely returning its officers to work in the office via three teams coming in two days per week, with two shifts. As previously reported, all officers who are part of the small FOIA-Litigation ("FOIA-LIT") team have self-identified as members of a population at high-risk of serious complications from COVID-19. As a result, at this time it is not likely that any FOIA-LIT officers will return to regular on-site work in Phase II. The FOIA office is training a new FOIA-LIT officer to come in 1-2 days per week to serve as a bridge between the high-risk FOIA-LIT Subject Matter Experts (SMEs)

working at home and the on-site, non-litigation FOIA officers. However, the new officer also identifies as being in a high-risk population. As such, there are limited circumstances in which the officer can be in DIA facilities with other officers. Accordingly, Defendant remains unable to provide additional responses or information regarding this case, and will keep the Court informed on the progress.

Dated: July 2, 2020

Respectfully Submitted,

MICAHAEL SHERWIN
United States Attorney

DANIEL F. VAN HORN, DC Bar #924092
Chief, Civil Division

/s
BENTON G. PETERSON, BAR # 1029849
Assistant United States Attorney
555 4th Street, N.W. – Civil Division
Washington,D.C. 20530
(202) 252-2534