UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL SECURITY ARCHIVES,<br><br>Plaintiff,<br><br>v.<br><br>DEFENSE INTELLIGENCE AGENCY<br><br>Defendant. | Civ. A. No. 19-0529 (CJN) |

## DEFENDANT'S STATUS REPORT

Pursuant to the Court's July 7, 2020, Minute Order, Defendant Defense Intelligence Agency ("Defendant" or "DIA"), a component-agency of U.S. Department of Defense ("DOD"), through undersigned counsel, respectfully submit this Status Report.

## BACKGROUND INFORMATION

1. Consistent with guidance across the federal government and DOD, the Director of DIA directed all personnel who are not essential to DIA's core missions to remain at home. This directive protects the workforce by maximizing social distancing and protect the safety of personnel who are at high risk from COVID-19 under criteria provided by the Center for Disease Control. In accordance with this guidance, DIA's FOIA officers were directed to stay at home, rather than report to their work locations, since approximately March 17, 2020. Likewise, many officers from other components of the Agency with whom the FOIA office works to identify and review potentially responsive records were also sent home pursuant to that health guidance.

2. FOIA collection or processing cannot be done remotely by telework, as the systems on which DIA records are maintained are classified systems and all classified systems and

      materials must be maintained within a Secure Compartmented Information Facility (SCIF). Under these circumstances, DIA has had to defer the majority of tasks related to FOIA production, processing, and review, including tasks required to respond to the FOIA request in this case, since approximately March 17, 2020.

3. The Agency has actively planned the reconstitution of its entire workforce. Reconstitution will be phased in parallel to improvements in health conditions in the National Capital Region, and in accordance with applicable federal guidance. In accordance with existing guidelines, special attention will be paid to protecting officers who are in populations at higher risk of suffering serious complications from COVID-19.

**INFORMATION REGARDING CURRENT PHASE OF RECONSTITUTION OF WORKFORCE**

4. The Agency has moved into Phase II of reconstitution, which will be executed in two parts:

    a. Phase IIA: During this first part, the Agency's Directorate for Mission Services will assess and begin coordinating services to support an increased number of employees in our facilities. This assessment will be conditions based, and if conditions regarding the status of health conditions in the National Capital Region change, the Agency may return to Phase I, or move to Phase IIB.

    b. Phase IIB: During this second part, the Agency's directorates, integrated intelligence centers, and special offices will begin to execute their organization-specific return-to-work plans in support of the Agency's reconstitution. This phase ends when the Agency has the ability to execute all core mission sets.

5. The Agency is currently in Phase IIA, due to the health conditions within the National Capital Region, as well as within the Agency workforce. The Director of the Agency, in consultation with the Office of Surgeon General, will review the current health conditions

      on a bi-weekly basis, to determine whether the Agency will remain in its current Phase IIA status, or move forward towards Phase IIB. If the Director decides to move into Phase IIB, the Agency's directorates and offices will provide their employees with at least 7 days' notice before they return to work onsite in this stage.

6. DIA FOIA will, in accordance with overall DIA phasing and Surgeon General guidance, bring back the FOIA workforce, including its experienced officers and master-level expert litigation team officers, to increasingly augment the on-site 2-day per week journeyman-level teams with 3-days per week telework. However, high-risk personnel may be situationally delayed in returning on-site due to ongoing exposure risks. It will most likely be several months before increased numbers and experience levels return to implement increases in effective FOIA production and review. Ultimately, production and review will be limited as long as there are limits on team members' ability to access classified materials and collaboration in a classified environment, as required for FOIA case processing and review.

7. As previously reported, all officers who are part of the small FOIA-Litigation ("FOIA-LIT") team have self-identified as members of a population at high-risk of serious complications from COVID-19. As a result, at this time it is not likely that any FOIA-LIT officers will return to regular on-site work in Phase II.

8. The FOIA office is training a new FOIA-LIT officer to come in 1-2 days per week to serve as a bridge between the high-risk FOIA-LIT Subject Matter Experts (SMEs) working at home and the on-site, non-litigation FOIA officers. However, the new officer also identifies as being in a high-risk population. As such, there are limited circumstances in which the officer can be in DIA facilities with other officers. Accordingly, Defendant

remains unable to provide additional responses or information regarding this case, and will keep the Court informed on the progress.

9. Defendant proposes that the deadline for the filing of Defendant's next status report be set for Wednesday, September 9, 2020.

Dated: August 5, 2020               Respectfully Submitted,

MICAHAEL SHERWIN
Acting United States Attorney

DANIEL F. VAN HORN
D.C. Bar No. 924092
Chief, Civil Division

By:   */s/ April Denise Seabrook*
APRIL DENISE SEABROOK
D.C. Bar No. 993730
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Phone: (202) 252-2525
April.Seabrook@usdoj.gov