UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| NATIONAL SECURITY ARCHIVES,<br><br>Plaintiff,<br><br>v.<br><br>DEFENSE INTELLIGENCE AGENCY<br><br>Defendant. | Civ. A. No. 19-0529 (CJN) |

### DEFENDANT'S STATUS REPORT

Pursuant to the Court's July 7, 2020, Minute Order, Defendant Defense Intelligence Agency ("Defendant" or "DIA"), a component-agency of U.S. Department of Defense ("DOD"), through undersigned counsel, respectfully submit this Status Report.

### BACKGROUND INFORMATION

1. Consistent with guidance across the federal government and DOD, the Director of DIA directed all personnel who are not essential to DIA's core missions to remain at home. This directive protects the workforce by maximizing social distancing and protect the safety of personnel who are at high risk from COVID-19 under criteria provided by the Center for Disease Control. In accordance with this guidance, DIA's FOIA officers were directed to stay at home, rather than report to their work locations, since approximately March 17, 2020. Likewise, many officers from other components of the Agency with whom the FOIA office works to identify and review potentially responsive records were also sent home pursuant to that health guidance.

2. FOIA collection or processing cannot be done remotely by telework, as the systems on which DIA records are maintained are classified systems and all classified systems and

1

    materials must be maintained within a Secure Compartmented Information Facility (SCIF). Under these circumstances, DIA has had to defer the majority of tasks related to FOIA production, processing, and review, including tasks required to respond to the FOIA request in this case, since approximately March 17, 2020.

3. The Agency has actively planned the reconstitution of its entire workforce. Reconstitution will be phased in parallel to improvements in health conditions in the National Capital Region, and in accordance with applicable federal guidance. In accordance with existing guidelines, special attention will be paid to protecting officers who are in populations at higher risk of suffering serious complications from COVID-19.

**INFORMATION REGARDING CURRENT PHASE OF RECONSTITUTION OF WORKFORCE**

4. Defendant respectfully informs the Court that, although there has still not yet been significant improvement in Defendant's ability to perform the tasks necessary to update the record in this case, Defendant may be in an improved position in the coming weeks. Defendant has moved into Phase II of reconstitution, which will be executed in two parts:

    Phase IIA: During this first part, the agency's Directorate for Mission Services will assess and begin coordinating services to support an increased number of employees in the agency's facilities. This assessment will be conditions based, and if conditions regarding the status of health conditions in the National Capital Region change, the agency may return to Phase I, or move to Phase IIB.

    Phase IIB: During this second part, the agency's directorates, integrated intelligence centers, and special offices will begin to execute their organization-specific return-to-work plans in support of the agency's reconstitution. This phase ends when the agency has the ability to execute all core mission sets. The initial

implementation of this phase started on August 23, 2020, with the intent of slowly increasing the numbers of on-site officers agency-wide.

5. As previously reported, all officers who are part of the small FOIA-Litigation ("FOIA-LIT") team have self-identified as members of a population at high-risk of serious complications from COVID-19. As a result, at this time it is not guaranteed that any FOIA-LIT officers will return to regular on-site work in Phase IIB, as DIA policy on reconstitution currently states that supervisors cannot compel any officer who self-identified as high risk to return to work on-site. However, two of the junior FOIA-Lit team members have volunteered to return to the office two days per week to begin the resumption of at least some FOIA-LIT matters, despite their high-risk status, and the DIA Chief of Staff approved these junior FOIA-LIT officers to return to on-site work two days per week. DIA carefully monitors the daily on-site population within its buildings and has specifically restricted supervisors from bringing back personnel without Chief of Staff approval.

6. Due to the very recent limited resumption of these FOIA-LIT officers' work at DIA, Defendant is unable to provide additional responses or information regarding this case at this time. Defendant will be in a better position to provide information regarding the status of resuming work on this case by the next Joint Status Report, as those two junior officers are able to begin work on FOIA-Lit matters through coordination of the senior FOIA-Lit team members working from home.

7. Defendant respectfully requests the continuation of the stay of the proceedings in this case until it is able to again resume work on this matter at DIA facilities. It is committed to moving as expeditiously as possible consistent with public health guidelines and will

continue to inform the Court as soon as conditions permit FOIA-LIT to resume work on this matter in order to avoid any further delay.

8. Defendant proposes that the deadline for the filing of Defendant's next status report be set for Wednesday, October 7, 2020.

Dated: September 9, 2020

Respectfully Submitted,

MICAHAEL SHERWIN
Acting United States Attorney

DANIEL F. VAN HORN
D.C. Bar No. 924092
Chief, Civil Division

By: ___/s/ April Denise Seabrook___
APRIL DENISE SEABROOK
D.C. Bar No. 993730
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Phone: (202) 252-2525
April.Seabrook@usdoj.gov