UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL SECURITY ARCHIVES,<br><br>Plaintiff,<br><br>v.<br><br>DEFENSE INTELLIGENCE AGENCY<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civ. A. No. 19-0529 (CJN)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S STATUS REPORT**

Pursuant to the Court's July 7, 2020, Minute Order, Defendant Defense Intelligence Agency ("Defendant" or "DIA"), a component-agency of U.S. Department of Defense ("DOD"), through undersigned counsel, respectfully submit this Status Report.

**Limitations on DIA's FOIA Office due to the COVID-19 Pandemic**

1. As previously reported, DIA's FOIA-Litigation office, beginning on March 17, 2020, and due to the COVID-19 pandemic, began teleworking full-time from home. The FOIA-Litigation office was limited in the type of work that could be performed because it had no access to the classified systems upon which the majority of DIA records are kept, as well as the FOIA software and redaction programs, due to not working within a Secure Compartmented Information Facility. DIA devised a plan to begin to return its officers to on-site work through a phased process that would lead to renewal of FOIA operations in some capacity. In line with that process, DIA moved into Phase II of reconstitution, which has been executed in two parts. During Phase IIA, the Agency's Directorate for Mission Services assessed and began coordinating services to support an increased number of employees in our facilities. During Phase IIB, the Agency's directorates,

integrated intelligence centers, and special offices began to execute their organization-specific return-to-work plans in support of the Agency's reconstitution. This phase ends when the Agency has the ability to execute all core mission sets.

2. DIA entered Phase IIB on August 23, 2020. DIA's Director made the decision to enter Wave 3 of Phase IIB on October 23, 2020, with the objective of balancing what was necessary to protect DIA's workforce with the requirements for DIA to succeed in its mission. Wave 3 of the Phase IIB transition began on October 28, 2020 and continued into November 2020. DIA has spread out its workforce, physically and by time, using two scheduled shifts in all national capital region DIA-managed facilities. At this time, approximately 92% of FOIA office personnel either have returned or are scheduled in early December 2020 to return to on-site work at least two days per week. However, the Agency continues to assess current health conditions within the National Capital Region, as well as within the Agency workforce, in light of the status of the pandemic within the National Capital Region, to determine its staffing levels.

3. The capacity for the FOIA Office, and likewise for DIA organizational elements' subject matter experts (SMEs) who are essential to collaborative FOIA processing, including FOIA litigation-specific processing, has been increasingly restored. However, there are still short-term limits to effective production as personnel return to work after potentially months of not being on-site, and organizational elements, including the FOIA Office, recover from the impacts of the period March through October 2020. It will most likely be several months before increased numbers and experience levels return to implement increases in effective FOIA production and review. Ultimately, DIA's production and review will be limited as long as there are limits on its team members' ability to gain access to classified materials and to collaborate in a classified environment, as required for FOIA case processing and review.

**DIA's Current Status on the Search and Processing of Plaintiff's FOIA Request**

4. Defendant resumed its processing of Plaintiff's FOIA request at the end of November 2020. Due to the very recent resumption of that processing, as well as the in-office staffing limitations of both the FOIA-Litigation team and the SMEs with whom they must collaborate, as well as the possibility that some records many require consultations with other agencies, Defendant has not yet been able to determine when it will be able to make its next response to Plaintiff.

5. Defendant proposes that the deadline for the filing of Defendant's next status report be set for Tuesday, January 5, 2021.

Dated: December 4, 2020                                Respectfully Submitted,

                                              MICAHAEL SHERWIN
                                              Acting United States Attorney

                                              DANIEL F. VAN HORN
                                              D.C. Bar No. 924092
                                              Chief, Civil Division

                                              By: __/s/ April Denise Seabrook_
                                              APRIL DENISE SEABROOK
                                              D.C. Bar No. 993730
                                              Assistant United States Attorney
                                              555 4th Street, N.W.
                                              Washington, D.C. 20530
                                              Phone: (202) 252-2525
                                              April.Seabrook@usdoj.gov