UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATIONAL SECURITY ARCHIVES, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) Civ. A. No. 19-0529 (CJN) |
|  | ) |
| DEFENSE INTELLIGENCE AGENCY | ) |
|  | ) |
| Defendant. | ) |
|  | ) |

## DEFENDANT'S STATUS REPORT

Pursuant to the Court's December 8, 2020, Minute Order, Defendant Defense Intelligence Agency ("Defendant" or "DIA"), a component-agency of U.S. Department of Defense ("DOD"), through undersigned counsel, respectfully submit this Status Report.

### Limitations on DIA's FOIA Office due to the COVID-19 Pandemic

1.     As previously reported, DIA's FOIA-Litigation (FOIA-Lit) team within the FOIA Office, beginning on March 17, 2020, and due to the COVID-19 pandemic, began teleworking full-time from home.  FOIA-Lit was limited in the type of work that could be performed while teleworking because it had no access to the classified systems upon which the majority of DIA records are kept, as well as the FOIA software and redaction programs, due to not working within a Secure Compartmented Information Facility (SCIF).

2.     DIA devised a plan to begin to return its officers to on-site work through a phased process that would lead to renewal of FOIA operations in some capacity, from August to December 2020.  In line with that process, DIA now has returned approximately 92% of the FOIA Office personnel to on-site work two to three days per week.  However, the Agency continues to assess

1

current health conditions within the National Capital Region, as well as within the Agency workforce, in light of the status of the pandemic within the National Capital Region, to determine its staffing levels.

3.      The capacity for the FOIA Office, and likewise for DIA organizational elements' subject matter experts (SMEs) who are essential to collaborative FOIA processing, including FOIA litigation-specific processing, has been increasingly restored.  However, there are still short-term limits to effective production as personnel return to work after potentially months of not being on-site, and organizational elements, including the FOIA Office, recover from the impacts of the period March through November 2020.

4.      Ultimately, DIA's production and review will be limited as long as there are limits on its team members' ability to gain access to classified materials and to collaborate in a classified environment with SMEs, as required for FOIA case processing and review.

### DIA's Current Status on the Search
### and Processing of Plaintiff's FOIA Request

5.      Defendant resumed its processing of Plaintiff's FOIA request at the end of November 2020.  Due to the in-office staffing limitations of both the FOIA-Litigation team and the SMEs with whom they must collaborate on processing, as described above, Defendant has not yet completed its processing of the nine records that were located. However, Defendant anticipates that it will be able to provide Plaintiff with an initial response on the processing of at least 6 records by January 29, 2021.  Defendant also expects that it will be able to provide an additional response to Plaintiff on the processing of the remainder of the records by February 26, 2021.

6.      Defendant proposes that the deadline for the filing of Defendant's next status report be set for February 4, 2021.

Dated: January 5, 2021                          Respectfully Submitted,

MICHAEL SHERWIN
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By:     /s/ April Denise Seabrook
APRIL DENISE SEABROOK
D.C. Bar No. 993730
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Phone: (202) 252-2525
April.Seabrook@usdoj.gov