UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL SECURITY ARCHIVES,  )<br>  )<br>       Plaintiff,  )<br>  )<br>v.  )<br>  )<br>DEFENSE INTELLIGENCE AGENCY  )<br>  )<br>       Defendant.  )<br>  ) | Civ. A. No. 19-0529 (CJN) |

## DEFENDANT'S STATUS REPORT

Pursuant to the Court's March 5, 2021, Minute Order, Defendant Defense Intelligence Agency ("Defendant" or "DIA"), a component-agency of U.S. Department of Defense ("DOD"), through undersigned counsel, respectfully submit this Status Report.

### Limitations on DIA's FOIA Office due to the COVID-19 Pandemic

1. As previously reported, DIA's FOIA-Litigation (FOIA-Lit) team within the FOIA Office, beginning on March 17, 2020, and due to the COVID-19 pandemic, began teleworking full-time from home. FOIA-Lit was limited in the type of work that could be performed while teleworking because it had no access to the classified systems upon which the majority of DIA records are kept, as well as the FOIA software and redaction programs, due to not working within a Secure Compartmented Information Facility (SCIF).

2. DIA devised a plan to begin to return its officers to on-site work through a phased process that would lead to renewal of FOIA operations in some capacity, from August to December 2020. However, the Agency continues to assess current health conditions within the National

Capital Region, as well as within the Agency workforce, in light of the status of the pandemic within the National Capital Region, to determine its staffing levels.

3. The capacity for the FOIA Office, and likewise for DIA organizational elements' subject matter experts who are essential to collaborative FOIA processing, including FOIA litigation-specific processing, has been increasingly restored. However, there are still short-term limits to effective production as personnel return to work after potentially months of not being on-site.

4. Ultimately, DIA's production and review will be limited as long as there are limits on its team members' ability to gain access to classified materials and to collaborate in a classified environment with SMEs, as required for FOIA case processing and review. DIA's production and review will also be limited while other governmental agencies' FOIA offices to whom they have sent consultations still have limited their in-office workforce due to the COVID-19 pandemic.

### DIA's Current Status on the Search and Processing of Plaintiff's FOIA Request

5. Defendant resumed its processing of Plaintiff's FOIA request at the end of November 2020. Due to the in-office staffing limitations of both the FOIA-Litigation team and the subject matter experts with whom they must collaborate on processing, as described above, Defendant has not yet fully completed its processing of the nine records that were located.

6. On January 29, 2021, Defendant provided Plaintiff with a response on the processing of six of those nine records.

7. On February 24, 2021, Defendant provided Plaintiff with an updated response on the processing of the records, as well as the non-exempt releasable portions of four records.

8. On March 31, 2021, Defendant provided Plaintiff with an updated response on the processing of five records that were under review by other agencies, as well as the non-exempt releasable portion of one record.

9. On April 30, 2021, Defendant provided Plaintiff with an updated response on the processing of two records that were under review by other agencies, as well as the non-exempt releasable portion of two records.

10. The remaining two records are still under review by other agencies. Defendant anticipates that it will be able to provide an additional response to Plaintiff on the status of the processing of the five remaining records by May 28, 2021.

11. Defendant proposes that the deadline for the filing of Defendant's next status report be set for June 7, 2021.

## DIA's Statement
## Regarding the Parties' Disputes

12. On April 7, 2021, Plaintiff filed a Status Report with the Court advising it that Plaintiff had sent a letter to Defendant on or about February 27, 2021, that asserted that the U.S. Department of State had released a transcript of a particular document ("1/9/89 End of Tour Report (Addendum) General Perroots") that Plaintiff seeks as part of this FOIA action. Plaintiff has asked that Defendant immediately release the record in question as, it is Plaintiff's position, that the record is "now largely public."

13. Defendant has reviewed Plaintiff's letter and request. Defendant disagrees with Plaintiff's assessment and has communicated to Plaintiff that Defendant believes the record released by the U.S. Department of State is not a word-for-word transcription of the document and,

therefore, Defendant is still required to fully process the documents, including allowing other components and agencies to review them.

Dated: May 7, 2021               Respectfully Submitted,

                                 CHANNING D. PHILLIPS
                                 D.C. Bar No. 415793
                                 Acting United States Attorney

                                 BRIAN P. HUDAK
                                 Acting Chief, Civil Division

                                 By:  */s/ April Denise Seabrook*
                                 APRIL DENISE SEABROOK
                                 D.C. Bar No. 993730
                                 Assistant United States Attorney
                                 555 4th Street, N.W.
                                 Washington, D.C. 20530
                                 Phone: (202) 252-2525
                                 April.Seabrook@usdoj.gov