## Appendix A

| Index Title | Document Title |
| --- | --- |
| 1. Box 1 Inventory 2 | 1/9/89 End of Tour Report (Addendum) General Perroots |
| 2. Box 1 Inventory 2 | 3/17/89 End of Tour Report (LtGen Perroots) |
| 3. Box 1 Inventory 2 | 4/21/89 New Info on the Soviet BACKFIRE Bomber |
| 4. Box 1 Inventory 4 | 3/21/89 Ltr to redacted re Soviet Threat to C3 |
| 5. Box 1 Inventory 4 | 3/20/89 OJCS Summary Sheet, 1962 Cuban Missile Crisis |
| 6. Box 1 Inventory 4 | 3/16/89 Fully redacted title |
| 7. Box 1 Inventory 5 | 4/3/89 Fully redacted title |
| 8. Box 1 Inventory 6 | 5/12/89 Fully redacted title |
| 9. Box 1 Inventory 6 | 5/10/89 Routine Msg SACEUR and USNMR SHAPE BE, re: WARSAW Pact Command Information |
| 10. Box 1 Inventory 6 | 5/9/89 Priority Msg to USNMR SHAPE BE and USCINCEUR VAIHINGEN GE, re: Contrasting Views |
| 11. Box 1 Inventory 8 | 4/21/89 MEMO FOR DASOD, Nuclear Forces and Arms Control Policy, OASD(ISP), re Report on Exercise WINTEX-CIMEX 89 |
| 12. Box 1 Inventory 9 | 1/19/89 OJCS Summary Sheet, CJCS Letter "EMP Warplan" |
| 13. Box 1 Inventory 9 | 1/18/1989 Position Paper, Soviet Foreign Minister Shevardnadze Speech to the Paris Chemical Warfare (CW) Conference |
| 14. Box 1 Inventory 9 | 1/31/89 Memo for ASD(AE), Soviet Obscurants and Competitive Strategies |
| 15. Box 1 Inventory 10 | 2/10/89 Position Paper, Warsaw Pact Release of Military Data |
| 16. Box 1 Inventory 10 | 2/1/89 Memo for USDA, Intelligence Community Work Dealing with Indication and Warnings |
| 17. Box 1 Inventory 11 | 2/24/89 Position Paper, Soviet Reaction to exercise PASEX-89 |
| 18. Box 1 Inventory 11 | 2/23/89 Memo for C/JCS, re Special National Intelligence Est |
| 19. Box 2 Inventory 1 | 5/20/89 Document awaiting consultation review |
| 20. Box 2 Inventory 1 | 5/19/89 Priority Msg to US MISSION NATO BRUSSELS BE, re: Soviet Production |
| 21. Box 2 Inventory 3 | 6/6/89 Ltr Honorable Warner, re: Info on status of Soviet Strategic Target Data Base |

| 22. Box 2 Inventory 7 | 9/14/89 Memo for Sec Def, Composition of the Soviet Chemical Stockpile |
|---|---|
| 23. Box 2 Inventory 7 | 9/7/89 Memo for DCI, Senate Select Committee on Intelligence classified Supplement to Report No. 101-78 |
| 24. Box 2 Inventory 11 | 9/29/89 Document title classified in full |
| 25. Box 3 Inventory 1 | 12/27/89 Routine msg to multiple addressees, Briefing on Warning of War |
| 26. Box 3 Inventory 2 | 12/14/89 Memo for DUSD(SP), DoD Counterintelligence: Past, Present, Prologue |
| 27. Box 3 Inventory 2 | 12/5/89 Immediate msg to NAMILCON/USREPMC Brussels, NATO Intelligence |
| 28. Box 3 Inventory 3 | 11/30/89 Priority msg to NAMILCOM Brussels, The Changing Role of Intelligence |
| 29. Box 3 Inventory 3 | 11/29/89 Ltr to D/SAF/SS, DIA SIGINT Panel Report |
| 30 Box 3 Inventory 3 | 11/21/89 Memo for Dep Sec, Briefing on Soviet Capabilities - INFO MEMO |
| 31. Box 3 Inventory 3 | 11/20/89 TORs (4) on Intelligence Production, DIA Modernization, Intelligence Support to the U and S Commands, and Intelligence Support for Arms Control Monitoring |