# Appendix B

# Box 1 Inventory 2

| CONTROL NUMBER(S) | DATE | DESCRIPTION Subject or Title | REMARKS (Disposition) |
|---|---|---|---|
| 1 | 1/9/89 | End of Tour Report (Addendum) General Perroots | To DCI, NSA, DIA, SECDEF, CJCS, NSC, PFIAB |
| 2 | 1/17/89 | Gifts from Foreign Governments | (b)(6);(b)(3):10 USC 424  to GC |
| 3 | 2/9/89 | AFIAP Nominees | HQ, USAF Selection Board |
| 4 | 2/13/89 | Receipts for Perroots' Trip to Monterey | (b)(3):10 USC 424;(b)(6) |
| 5 | 2/17/89 | Nomination of (b)(6);(b)(3):10 USC 424 | SECDEF |
| 6 | 2/17/89 | Nomination of (b)(3):10 USC 424;(b)(6) | SECDEF |
| 7 | 3/1/89 | Official TDY - Info Memo | DEPSECDEF |
| 8 | 3/1/89 | Official TDY - Info Memo | CJCS |
| 9 | 3/8/89 | Courier Letter | Dist A |
| 10 | 3/9/89 | Senior Staff Reassignments (b)(6);(b)(3):10 USC 424 (new positions) | (b)(6);(b)(3):10 USC 424 |
| 11 | 3/10/89 | | |
| 12 | 3/17/89 | End of Tour Report (LtGen Perroots) | Dist List |
| 13 | 3/17/89 | Announcement of New Assignment (b)(6);(b)(3):10 USC 424 | |
| 14 | 3/30/89 | Recommendation for Award DSSM - (b)(3):10 USC 424 | DEPSECDEF |
| 15 | 4/11/89 | Dual Absence | |
| 16 | 4/18/89 | Support for DR's TDY (EUCOM, USAFE, NATO) | CDR US Army Field Spt Ctr |
| 17 | 4/21/89 | Letter of Recommendation | |
| 18 | 4/21/89 | New Info on the Soviet BACKFIRE Bomber | SECDEF |

| CONTROL NUMBER(S) | DATE | DESCRIPTION Subject or Title | REMARKS (Disposition) |
|---|---|---|---|
| 19 | 4/21/89 | New Info on the Soviet BACKFIRE Bomber | CJCS |
| 20 | 5/5/89 | Hotel Assistance for LTG Soyster – Paris | (b)(6);(b)(3):10 USC 424 |
| 21 | 5/9/89 | Req for Extension of Tour of Duty | SECDEF |
| 22 | 5/9/89 | Req for Per Diem Allowance (26-29 Apr) | SECDEF |
| 23 | 5/10/89 | US/Sov Reciprocal Aircraft Plant Visits and Static Displays | SECDEF |
| 24 | " | " " " | CJCS |
| 25 | 5/22/89 | Update of DIA Form 170 | (b)(3):10 USC 424;(b)(6) |
| 26 | 5/25/89 | Rating Scheme Changes | |
| 27 | 5/30/89 | Agenda for Georgetown Leadership Seminar | |
| 28 | 5/31/89 | Official TDY – France/Switzerland | SECDEF |
| 29 | 5/31/89 | " " " " | CJCS |
| 30 | 5/31/89 | Official TDY – Tegucigalpa HO 6-9 Jun | SECDEF |
| 31 | 5/31/89 | " " " " | CJCS |
| 32 | 5/31/89 | Support for LTG Soyster's TDY – Honduras | (b)(3):10 USC 424 |
| 33 | 6/1/89 | 1989 JCS and CINC's Conf | |
| 34 | 5/6/89 | Proposed Program (GDIP) Submission for DIA | |
| 35 | 6/19/89 | Support for General Soyster's TDY – FR, XQ | |
| 36 | 6/19/89 | Req for Actual Expense and Special Per Diem | CJCS |
| 37 | 25 Jul 89 | Question for Discussions | (b)(6);(b)(3):10 USC 424 |

| CONTROL NUMBER(S) | DATE | DESCRIPTION (Subject or Title) | REMARKS (Disposition) |
|---|---|---|---|
| 38 | 14 Aug 89 | | |
| 39 | 16 Aug 89 | Official TDY (Korea, Japan, Hawaii) | CJCS (b)(6);(b)(3):10 USC 424 |
| 40 | 16 Aug 89 | Req For Actual Expense & Special Per Diem | (b)(6);(b)(3):10 USC 424 |
| 41 | 16 Aug 89 | Support for Gen Soyster's TDY (Korea, Japan, Hawaii) | |
| 42 | 25 Aug 89 | NEACP Div, DIA   Cong Note | SECDEF |
| 43 | 1 Sep 89 | | CJCS (b)(3):10 USC 424 |
| 44 | " | " " | DoD Exec SC |
| 45 | 6 Sep 89 | Invitational Travel Orders (Eur Trip) | (b)(1);Sec. 1.4(c) |
| 46 | 13 Sep 89 | | (b)(1);Sec. 1.4(c);Sec. 1.4(d) |
| 47 | 9/19/89 | Invitational Travel Orders for (b)(6) | CJCS (b)(3):10 USC 424 |
| 48 | 9/19/89 | Official TDY – FRG, UK, Finalnd, Norway | Whom It May Concern (b)(3):10 USC 424 |
| 49 | 9/19/89 | Per Diem Allowance | |
| 50 | 9/19/89 | Courier Ltr of Authorization | SECDEF (b)(3):10 USC 424 |
| 51 | 9/19/89 | Support for DR's TDY | |
| 52 | 9/20-89 | Travel to FRG, UK, Norway and Finland | |
| 53 | 9/27/89 | Classification of CE Packages | ED |
| 54 | 10/13/89 | SSS-EEO Complaint Process Study, is holding package until ok's its release) (b)(6);(b)(3):10 USC 424 | |

| CONTROL NUMBER(S) | DATE | DESCRIPTION Subject or Title | REMARKS (Disposition) |
|---|---|---|---|
| 55 | 10/17/89 | Command Sergeant Major Position for DIA | (b)(6);(b)(3):10 USC 424 |
| 56 | 10/19-89 | Organization and Functions | (b)(6);(b)(3):10 USC 424 |
| 57 | 10/25/89 | Extension of Rotational Assignment (b)(3):10 USC 424 | |
| 58 | 10/27/89 | Travel to Turkey | SECDEF |
| 59 | 11/01/89 | Exercise Messages | Spec Asst to SECDEF |
| 60 | 11/01/89 | Official Temporary Duty Travel | CJCS |
| 61 | 11/6/89 | DR's Support Cable | (b)(3):10 USC 424 |
| 62 | 11/01/89 | Req for Actual Expense/Special Per Diem | DI   DA |
| 63 | 11/7/89 | CE Mtgs w/U.S. Amb, US Def & Foreign Attaches | SECDEF |
| 64 | 11/21/89 | Assessment of Wash Times Article on Lasers | Dist A |
| 65 | 11/22/89 | Notification of Mil Promotion Board | Dist D |
| 66 | 12/4/89 | Transfer of DR's BT and Protocol | All Dist E, F and G |
| 67 | 12/18/89 | Defense Reductions | Dist A |
| 68 | 12/21/89 | Roles and Functions -- Director's Exec Staff | (b)(3):10 USC 424 |
| 69 | 12/26/89 | Army Officer Manning | |