**Appendix C**

- December 10, 2019: DIA indicates that it will withhold three documents entirely (Document Nos. 7, 13, and 22 of Appendix A), and that it has been unable to locate Document No. 2 of Appendix A.
- January 10, 2020: The Court orders Defendant to Defendant to "provide Plaintiff with the nonexempt portions of a minimum of four documents by the tenth of each month," and to complete its production of "the nonexempt portions of the 31 documents listed in Appendix A or [sic] before March 31, 2020." *National Security Archive v. Defense Intelligence Agency* Docket Report (accessed on April 2, 2020). DIA produces two documents with redactions (Document Nos. 8 and 10) and indicates that they would be withholding two documents in full (Document Nos. 18, 24).
- February 11, 2020: DIA produces one partially redacted document to Plaintiff (Document No. 9).
- February 14, 2020: DIA produces seven documents with redactions (Document Nos. 3, 5, 12, 14, 16, 26 and 30).
- March 5, 2020: DIA produces five documents with redactions (Document Nos. 15, 17, 19, 21, and 23).
- April 1, 2020: The Court grants DIA's motion to stay the case in light of the COVID-19 Pandemic. *National Security Archive v. Defense Intelligence Agency* Docket Report (accessed on April 2, 2020).
- May 5, 2020 – October 7, 2020: Pursuant to the Court's April 1, 2020 order, DIA provides monthly status updates to Plaintiff and the Court regarding the status of its FOIA processing.
- December 4, 2020: DIA indicates that it resumed its processing of Plaintiff's FOIA request at the end of November 2020.
- January 5, 2021: DIA indicates that it anticipates that it will be able to provide Plaintiff with "an initial response on the processing of at least 6 records by January 29, 2021," and that it will be able to "provide an additional response to Plaintiff on the processing of the remainder of the records by February 26, 2021." Docket Entry No. 30, Jan. 5, 2021.
- January 29, 2021: DIA produces one document with redactions (Document No. 4).
- February 24, 2021: DIA produces four documents with redactions (Document Nos. 6, 11, 25, and 29).
- March 31, 2021: DIA produces one page of a five-page document with heavy redactions, withholds the remaining four pages (Document No. 28).
- April 30, 2021: DIA produces two documents with redactions, one which purports to be Document No. 1, but is actually a different document that is improperly filed, and Document No. 27.