# Appendix D



DEFENSE INTELLIGENCE AGENCY

WASHINGTON, D.C. 20340-5100



FAC-2C

April 30, 2021

Mr. Nate Jones
The National Security Archive
Gelman Library, Suite 701
2130 H Street, NW
Washington, D.C. 20037

Dear Mr. Jones:

This is an interim response to your Freedom of Information Act (FOIA) request dated August 15, 2018 that you submitted to the Defense Intelligence Agency (DIA) for *copies of records stored at the Washington Records Center in Suitland, Maryland (accession no 0040, volume 3): "DR's Official Correspondence File" (1 Jan-15 May 89) in DIA Box Number 1/3, "DR's Chron Files of Correspondence" (15 May-15 Nov 89) in DIA Box Number 2/3, and "DR's Chron Files of Correspondence" (16 Nov-31 Dec 89) in DIA Box Number 3/3.* Your request is currently the subject of litigation in the United States District Court for the District of Columbia in civil action number 19-CV-00529.

DIA previously processed the document inventories associated with the three boxes of records in your request. After reviewing the inventories, you agreed to narrow your request to 31 documents listed in Appendix A to the Joint Status Report filed on October 7, 2019 (Docket Entry 17). This response addresses two of those documents: Items 1 and 27 of Appendix A.

Upon review, it has been determined that some portions of four documents must be withheld in part from disclosure pursuant to the FOIA. The withheld portions are exempt from release pursuant to Exemptions 1, 3, and 6 of the FOIA, 5 U.S.C. § 552 (b)(l), (b)(3), and (b)(6). Exemption 1 applies to information properly classified under the criteria of Executive Order 13526. Exemption 3 applies to information specifically exempted by a statute establishing particular criteria for withholding. The applicable statutes are 10 U.S.C. § 424 and 50 U.S.C. § 3024(i). Statute 10 U.S.C. § 424 protects the identity of DIA employees, the organizational structure of the agency, and any function of DIA. Statute 50 U.S.C. § 3024(i) protects intelligence sources and methods. Exemption 6 applies to information which if released would constitute an unwarranted invasion of the personal privacy of other individuals. DIA has not withheld any reasonably segregable non-exempt portions of the records.

The remaining two documents are still being reviewed by other agencies. You will receive the next response no later than June 4, 2021.

Sincerely,

Steven W. Tumiski
Chief, Records Management and Information
Services

2 Enclosures