# Appendix E

~~SECRET - NOFORN~~

Doc #01

# Using Earlier Warning to Improve Crisis Deterrence and Warfighting Capabilities (U)

## EXECUTIVE SUMMARY

(b)(1);Sec. 1.4(b);Sec. 1.4
(c);Sec. 3.3(b) (1);Sec. 3.3(b)
(6);Sec 3.3(b) (5)

### The Basis for Earlier Warning

(b)(1);Sec. 1.4
(a);Sec. 1.4(b);Sec.
3.3(b) (6);Sec 3.3(b)
(5)

**SECRET - NOFORN**

The next 2 pages
are withheld in
full.

2



## Opportunities to Strengthen Crisis Deterrence

(b)(1);Sec. 1.4
(b);Sec. 1.4
(a);Sec 3.3(b)
(5);Sec. 3.3(b)
(6)

Page 03 of 48

Withheld pursuant to exemption

(b)(1)Sec. 1.4(a),Sec 3.3(b) (5)

of the Freedom of Information and Privacy Act.

Page 04 of 48

Withheld pursuant to exemption

(b)(1)Sec. 1.4(a);Sec. 1.4(b);Sec. 1.4(c);Sec. 1.4(d) (5)

of the Freedom of Information and Privacy Act

## Opportunities to Expand Warfighting Capabilities

(b)(1);Sec. 1.4(a);Sec. 1.4(b);Sec. 3.3(b) (6);Sec 3.3(b) (5)

~~SECRET - NOFORN~~

6

(b)(1);Sec. 1.4(a);Sec. 1.4(b);Sec 3.3
(b) (5);Sec. 3.3(b) (6)

**Recommendations**

(S) 3.

The Chairman should include in his presentation to the Secretary on the strategy in the FY 89-90 JSCP a discussion of deterrent options developed to date and his plans for such options in the next JSCP.

(b)(1);Sec.
1.4(a);Sec
1.4(b);Sec
3.3(b)
(5);Sec.
3.3(b)
(6);Sec.
1.4(g);Sec.
3.3(b) (8)

~~SECRET-NOFORN~~

SECRET NOFORN

# Contents

I.   Introduction                                                           1

II.  The Basis for Earlier Warning                                          3
     A. Earlier Warning of Attack: Soviet Mobilization                     3
     B. Earlier Warning of Industrial Mobilization                         6

III. Opportunities for Crisis Resolution and Strengthening
     Deterrence                                                            9
     A. The Soviet Perspective on Warning and Increased
        Readiness                                                          9
     B. Crisis Resolution Short of Full Soviet Mobilization                11
     C. Deterring War After Full Soviet Mobilization                       14
     D. Conclusion                                                         16

IV.  Opportunities to Expand U.S. Warfighting Capabilities                 17
     A. General Approach and Key Deficiencies                              17
     B. Meeting Our Goal of Early Reinforcement                            17
     C. Meeting the Need for Additional Combat Forces                      20
     D. Enhancing Sustainability                                           21
     E. Medical Readiness                                                  23
                                                                          24
     G. Enhancing Space Capabilities                                       25

V.   Conclusions and Recommendations                                       26

TAB A:  Mobilization and East-West Economic Relations

(b)(1);Sec. 1.4(c);
(b)(3):50 U.S.C.
3024(i);Sec. 3.3(b)
(1)

UPON REMOVAL OF ATTACHMENT
THIS DOCUMENT BECOMES

UNCLASSIFIED

SECRET NOFORN

## Using Earlier Warning to Improve Crisis Deterrence and Warfighting Capabilities (U)

I.  **Introduction**

(b)(1);Sec. 1.4(a);Sec. 1.4(b);Sec. 3.3(b) (6);Sec 3.3(b) (5)

CLASSIFIED BY:  Multiple Sources            OPR:  OASD/ISA(PA)
DECLASSIFY ON:  OADR

**SECRET NOFORN**

(b)(1);Sec. 1.4(a);Sec. 1.4
(b);Sec 3.3(b) (5);Sec. 3.3
(b) (6)

SECRET - NOFORN                                2



(U)  The intelligence assessments used for this study were all
completed well before the Gorbachev statement that he intended to
withdraw six tank divisions and 5,000 tanks from Eastern Europe.
The analysis in the study is not dependent on Gorbachev's pro-
posals being carried out.  To the extent the announced withdrawals
are carried out, the issues discussed here will become even more
relevant.

SECRET - NOFORN

(b)(1);Sec. 1.4(a);Sec. 1.4(b);Sec
3.3(b) (5);Sec. 3.3(b) (6);Sec. 1.4
(c);Sec. 3.3(b) (1)

**SECRET - NOFORN**

The next page is
withheld in full    3

## II.   The Basis for Earlier Warning

## A.   Earlier Warning of Attack:   Soviet Mobilization



1/  See Readiness of Soviet Forces in Central Europe:
Implications for a Rapid Transition to War (U), SOV 87 - 10053D,
November 1987,

(b)(3):50 USC 3024
(i)

Page 11 of 48

Withheld pursuant to exemption

(b)(1)1.4(c),Sec. 3.3(b)(1)

of the Freedom of Information and Privacy Act

(b)(1);Sec. 1.4(a);Sec. 1.4(b);Sec 3.3
(b) (5);Sec. 3.3(b) (6)

SECRET - NOFORN

The next page is
withheld in full

5

2/  This 26 division figure for Soviet forces in East Europe
opposite NATO's Central Region will be reduced to 21 divisions
following compleiton of Gorbachev's announced unilateral
reductions.

3/  See The Readiness of Soviet Ground Forces, NI IIM 82-10012/D,
March 1983, Secret, and Warsaw Pact Ground Force Readiness:
Developments in the Western Theater of Military Operations  (U),
DDB-1100-522-87, July 1987, Secret.

Page 13 of 48

Withheld pursuant to exemption

(b)(1) 1.4(c) Sec. 3.3(b) (1)

of the Freedom of Information and Privacy Act

SECRET - NOFORN

7

(b)(1);Sec. 1.4(b);Sec. 1.4(c);Sec.
1.4(a);Sec. 3.3(b) (1);Sec. 3.3(b)
(6);Sec 3.3(b) (5)

B.    <u>Earlier Warning of Industrial Mobilization</u>



SECRET - NOFORN

(b)(1);Sec. 1.4(a);Sec. 1.4(b);Sec. 3.3(b)
(6);Sec 3.3(b) (5)

**SECRET - NOFORN**

The next page is
withheld in full.

8



(U)  Graduated Mobilization Response (GMR) is a policy of
planning mobilization actions in incremental steps to permit
reaction to early strategic warning; and when warning is available,
proceeding with modulated responses to deter, mitigate, or recover
from a crisis.  GMR involves several aspects:  (1) maintaining a
flexible preparedness capability through development of comprehen-
sive preparedness plans and programs; (2) more detailed planning,
targeted on specific problems and objectives when it becomes
apparent that a crisis is unfolding; (3) implementation of
preparatory actions and investments to increase military power and
to improve the posture of the industrial base based on the nature
of a specific possible crisis; and (4) alternated levels of
national response (surge, full industrial mobilization, total
industrial mobilization) to respond to a crisis.

**SECRET - NOFORN**

(b)(1);Sec. 1.4(a);Sec. 1.4(b);Sec
3.3(b) (5);Sec. 3.3(b) (6)

Page 16 of 46

Withheld pursuant to exemption

(b)(1),Sec. 1.4(a);Sec. 1.4(b);Sec.2.3(b) (5);Sec. 3.3(b) (6)

of the Freedom of Information and Privacy Act

(b)(1);Sec. 1.4(a);Sec.
1.4(b);Sec 3.3(b)
(5);Sec. 3.3(b) (6)

**SECRET - NOFORN**

The next page is
withheld in full

10

## III.  Opportunities for Crisis Resolution and Strengthening Deterrence

### A.  The Soviet Perspective on Warning and Increased Readiness

(b)(1);Sec. 1.4(a);Sec.
1.4(b);Sec. 3.3(b)
(6);Sec 3.3(b) (5)

**SECRET - NOFORN**

Page 18 of 25

Withheld pursuant to exemption

(b)(1)(Sec. 1.4(b);Sec. 1.4(c);Sec. 1.4(g);Sec. 3.3(b) (6);Sec. 3.3(b) (6) Sec 3.3(b) (6)

of the Freedom of Information and Privacy Act

(b)(1);Sec. 1.4(a);Sec. 1.4(b);Sec. 3.3(b) (6);Sec 3.3(b) (5)

**SECRET - NOFORM**

The next two pages are withheld in full.

12

**B.  Crisis Resolution Short of Full Soviet Mobilization**

**SECRET - NOFORN**

(b)(1);Sec. 1.4(a);Sec. 1.4 (b);Sec. 3.3(b) (6);Sec 3.3(b) (5)

Page 20 of 46

Withheld pursuant to exemption

(b)(1) Sec 3.3(b) (8); Sec. 1.4(a) Sec. 1.4(d) Sec. 3.3(b) (6)

of the Freedom of Information and Privacy Act

Page 21 of 48

Withheld pursuant to exemption

(b)(1)Sec. 1.4(d);Sec 3.5(h) (2);Sec. 1.4(d);Sec. 3.3(b) (6)

of the Freedom of Information and Privacy Act

SECRET - NOFORN

(b)(1);Sec. 1.4(a);Sec. 1.4
(b);Sec. 3.3(b) (6);Sec 3.3(b) (5)

The next page is
withheld in full.

15

**C.  Deterring War after Full Soviet Mobilization**

(b)(1);Sec. 1.4(a);Sec. 1.4(b);Sec.
3.3(b) (6);Sec 3.3(b) (5)

SECRET - NOFORN

Page 23 of 46

Withheld pursuant to exemption

(b)(1) Sec. 1.4(a) Sec.1.3(b) (5) Sec. 1.4(c) Sec. 3.3(b) (6)

of the Freedom of Information and Privacy Act

SECRET - NOFORN

(b)(1);Sec. 1.4(a);Sec. 1.4(b);Sec.
3.3(b) (6);Sec 3.3(b) (5);Sec. 1.4(d)

**D. Conclusion**



SECRET-NOFORN

## IV. Opportunities to Expand U.S. Warfighting Capabilities

(b)(1);Sec. 1.4
(a);Sec. 1.4(b);Sec
3.3(b) (5);Sec. 3.3
(b) (6);Sec. 1.4(d)

### A. General Approach and Key Deficiencies

### B. Meeting Our Goal of Early Reinforcement

SECRET-NOFORN

(b)(1);Sec. 1.4(a);Sec. 1.4(b);Sec.
3.3(b) (6);Sec 3.3(b) (5);Sec. 1.4
(d)

(b)(1);Sec. 3.3(b)(3);Sec. 1.4
(b);Sec 3.3(b) (5);Sec. 3.3(b)
(6);Sec. 1.4(d);Sec. 3.3(b) (8)

Case 1:19-cv-00529-CJN    Document 37-5    Filed 05/11/21    Page 27 of 39

SECRET - NOFORN

The next six pages
are withheld in full

18

(U)  Most of the ships to be used to move forces to Europe
are drawn from commercial fleets and it takes time for the ships
to move from their peacetime trading locations to U.S. ports to
load military equipment and supplies.  Depending on where the
ship is located when the requisitioning starts, it can take up
to a month or more to move to the port of embarkation.  Of
course, units can train and move their equipment to a port while
the shipping is being assembled, but the timing of unit and ship
availability determines a good portion of the sealift
reinforcement profile.

(U)  The table below is taken from the DoD Sealift Study
and shows the number of ships from the NATO fleets that could be
made available on the East or Gulf coasts.  The table is divided
into five day intervals showing the availability profile from
the day that the NATO fleets are mobilized.  In the first 15
days, just over 50 percent of the ships are available, and it
takes 30 days to make 90 percent of the ships available to load
military cargo.

Table 1
NATO Fleet Ship Availabilities on the East Coast or the Gulf
Coast
Source:  DoD Sealift Study

| Days After Mobilization | East Coast | Gulf Coast |
|---|---|---|
| 0-5 | 65 | 48 |
| 6-10 | 160 | 108 |
| 11-15 | 111 | 151 |
| 16-20 | 59 | 84 |
| 21-25 | 71 | 80 |
| 26-30 | 77 | 66 |
| 31-35 | 44 | 45 |
| >35 | 20 | 25 |
| Total | 607 | 607 |

SECRET - NOFORN

Page 27 of 48

Withheld pursuant to exemption

(b)(1);Sec. 1.4(a) Sec. 1.4(b);Sec. 1.4(c);Sec. 1.4(d);Sec. 3.3(b) (6); Sec 3.3(b) (5)

of the Freedom of Information and Privacy Act

Page 28 of 46

Withheld pursuant to exemption

(b)(1)Sec. 1.4(a);Sec. 1.4(c);Sec. 1.4(d);Sec. 3.3(b) (6);Sec.3.3(b) (5)

of the Freedom of Information and Privacy Act

Page 29 of 46

Withhold pursuant to exemption

(b)(1):Sec. 1.4(a);Sec. 1.4(b);Sec. 1.4(c);Sec. 1.4(g);Sec. 3.3(b) (8);Sec. 3.3(b) (5)

of the Freedom of Information and Privacy Act

Page 31 of 46

Withheld pursuant to exemption

(b)(1)Sec. 1.4(a),Sec. 1.4(b),Sec. 1.4(c),Sec. 1.4(d),Sec.3.3(b) (6),Sec 3.3(b) (5)

of the Freedom of Information and Privacy Act

Page 31 of 48

Withheld pursuant to exemption

(b)(1),Sec. 1.4(c),Sec. 1.4(c),Sec. 1.4(g)

of the Freedom of Information and Privacy Act

Page 32 of 48

Withheld pursuant to exemption

(b)(1);Sec. 1.4(a);Sec. 1.4(b),(b)(3);50 USC 3024(i);Sec.1.4(c);Sec.1.4(d);Sec.1.4(g);Sec.3.3(b)(1);Sec.3.3(b)(6);Sec.3.3(b)(5)

of the Freedom of Information and Privacy Act

(b)(1);(b)(3):50 USC 3024(i);Sec. 1.4(c);Sec. 1.4(a);Sec. 1.4(b);Sec. 3.3(b) (1);Sec. 3.3(b) (6);Sec 3.3(b) (5);Sec. 1.4(d)

**G.  Enhancing Space Capabilities**

SECRET - NOFORN

(b)(1);Sec. 1.4(a);Sec. 1.4(b);Sec 3.3(b) (5);Sec. 3.3(b) (6);Sec. 1.4 (d)

SECRET - NOFORN

The next 2 pages are withheld in full.

25

(b)(1);Sec. 1.4
(a);Sec. 1.4
(b);Sec 3.3(b)
(5);Sec. 3.3(b)
(6);Sec. 1.4(d)

**V.  Conclusions and Recommendations**

(b)(1);Sec. 1.4(a);Sec. 1.4
(b);Sec. 3.3(b) (6);Sec 3.3(b)
(5);Sec. 1.4(d)

SECRET - NOFORN

Page 36 of 45

Withheld pursuant to exemption

(b)(1)(Sec. 1.4(a)Sec 1.3(b) (5)

of the Freedom of Information and Privacy Act

Page 36 of 45

Withheld pursuant to exemption

(b)(1);Sec. 1.4(c);Sec. 1.4(b);Sec.3.3(c)(5);Sec. 3.3(b)(8);Sec. 1.4(d)

of the Freedom of Information and Privacy Act

SECRET - NOFORN

(b)(1);Sec. 1.4(a);Sec. 1.4(b);Sec 3.3(b)
(5);Sec. 3.3(b) (6);Sec. 1.4(d)

29

**Recommendations:**

(b)(1);Sec. 1.4
(a);Sec. 1.4(b);Sec.
3.3(b) (6);Sec 3.3(b)
(5)

SECRET - NOFORN

SECRET-NOFORN

(b)(1);Sec.
1.4(a);Sec.
1.4(b);Sec
3.3(b)
(5);Sec. 3.3
(b) (6)



The Chairman should include in his presentation to the Secretary on the strategy in the FY 89-90 JSCP a discussion of deterrent options developed to date and his plans for such options in the next JSCP.

(S) 4. Follow-up efforts are needed to begin the steps necessary for implementation of actions identified in this study. In particular,

(b)(1);Sec. 1.4(a);Sec.
1.4(b);Sec 3.3(b)
(5);Sec. 3.3(b) (6);Sec.
1.4(d)

SECRET-NOFORN