# Appendix F

# Hilary T. Jacobs

| | |
|---|---|
| **From:** | Seabrook, April (USADC) <April.Seabrook@usdoj.gov> |
| **Sent:** | Friday, May 7, 2021 8:35 AM |
| **To:** | Hilary T. Jacobs |
| **Cc:** | John S. Guttmann |
| **Subject:** | RE: NSA v DIA, 19-0529 (CJN) - Ninth Interim Response |

Hi Hilary:

To follow-up on the email correspondence below:

- The **End of Tour Report (Addendum) General Perroots** – This is the listing on the box inventory; however the title of the document included in the box is actually: **Using Earlier Warning to Improve Crisis Deterrence and Warfighting Capabilities** (this is what Defendant reviewed)**.**

- THE statement at the end of my April 30 email that "NSA is still required to fully process the documents, including allowing other components and agencies to review them" was a typo. I mean that Defendant is still required to fully process the documents.

~ April D.S.

**APRIL DENISE SEABROOK**
Assistant United States Attorney
**Office: (202) 252-2525 | Cell: (202) 815-9024**
<April.Seabrook@usdoj.gov>

---

**From:** Hilary T. Jacobs <HJacobs@bdlaw.com>
**Sent:** Wednesday, May 5, 2021 11:58 AM
**To:** Seabrook, April (USADC) <ASEABROOK@usa.doj.gov>
**Cc:** John S. Guttmann <JGuttmann@bdlaw.com>
**Subject:** RE: NSA v DIA, 19-0529 (CJN) - Ninth Interim Response

April:

Thank you for this update, however, we want to point out that Document No. 1 from Appendix A (attached) appears to be the incorrect document. Document No. 1 that we requested is the first item in the attached index, "1/9/89 End of Tour Report (Addendum) General Perroots". The record attached which DIA provided in lieu of the End of Tour Report (Addendum) appears to be related to the Addendum, but does not appear to be the same document that the State Department published in February.

Your position that what the State Department recently published in the Foreign Relations of the U.S. Series is a summary is incorrect. As we have informed you and your client, the State Department published a transcription of the End of Tour Report (Addendum) this past February and can be found on pages 1426-1429 here. The statutory basis of the Foreign Relations of the U.S. Series requires that the volumes present exact and accurate transcripts. 22 U.S.C. § 4351. The 1991 law requires the volumes to be "a thorough, accurate, and reliable documentary record of major United States foreign policy decisions . . . ." *Id.* Records that appear in the series cannot be altered unless the alternation is

1

indicated. *Id.* ("Records shall not be altered and deletions shall not be made without indicating in the published text that a deletion has been made.") The text of the recently published volume of Foreign Relations in the United States Series notes certain deletions of classified materials. Otherwise, what has been published in the numbered paragraphs on pages 1426-1429 is verbatim text.

Can you please work with your client to ensure that the correct document is located and processed as soon as possible? As we have now noted several times, the End of Tour Report (Addendum) is now largely public. We ask that DIA process the correct document with this fact in mind. *See, e.g., Judicial Watch v. U.S. Dep't of Justice*, 878 F. Supp. 2d 225, 238 (D.D.C. 2012) (information that is "already in the public domain" indicates that the agency is "legally required to disclose the documents.")

Additionally, you note below that the National Security Agency "is still required to fully process the documents." Why is the National Security Agency coordinating the review of Document Number 1? Shouldn't DIA be doing so?

Thank you for your attention to this matter.

Hilary

**Hilary T. Jacobs**
Associate

**BEVERIDGE & DIAMOND PC**
O +1.202.789.6086  M +1.443.794.9607  ~  HJacobs@bdlaw.com

---

**From:** Seabrook, April (USADC) <April.Seabrook@usdoj.gov>
**Sent:** Friday, April 30, 2021 12:10 PM
**To:** Hilary T. Jacobs <HJacobs@bdlaw.com>
**Cc:** John S. Guttmann <JGuttmann@bdlaw.com>
**Subject:** NSA v DIA, 19-0529 (CJN) - Ninth Interim Response

Counsel:

Attached is a final response and included below is information regarding the processing of the remaining records.

**Bates Number of Attached Records:**
- 01 B1 102
- 27 B3 102

**Status of Processing of 2 Remaining Records:**
- 20 B2 101:  Awaiting review by DoD(J2)
- 31 B3 103:  Awaiting response on how to proceed from GC

This should satisfy our agreement to respond by May 3, 2021, on the status of the processing of the remaining records.

With respect to the February 27, 2021, letter, Defendant responds as follows:
- It is Defendant's position that the State Department's transcription of the said document does not appear to be word for word and most likely is a summary of information and, therefore, NSA is still

2

required to fully process the documents, including allowing other components and agencies to review them.

~ April D.S.

**APRIL DENISE SEABROOK**
Assistant United States Attorney
**Office: (202) 252-2525 | Cell: (202) 815-9024**
April.Seabrook@usdoj.gov

---

**From:** Seabrook, April (USADC)
**Sent:** Wednesday, March 31, 2021 6:39 AM
**To:** 'Hilary T. Jacobs' <HJacobs@bdlaw.com>
**Cc:** 'John S. Guttmann' <JGuttmann@bdlaw.com>
**Subject:** NSA v DIA, 19-0529 (CJN) - Eighth Interim Response

Counsel:

Attached is a final response and included below is information regarding the processing of the remaining records.

**Bates number of attached record:**
- 28 B3 103

**Status of Processing of 4 Remaining Records:**
- 01 B1 102:  Awaiting review by OSD & State
- 20 B2 101:  Awaiting review by OSD
- 27 B3 102:  Awaiting review by OSD
- 31 B3 103:  Awaiting review by EUCOM

Best,
April D.S.

**APRIL DENISE SEABROOK**
Assistant United States Attorney
**Office: (202) 252-2525 | Cell: (202) 815-9024**
April.Seabrook@usdoj.gov

---

**From:** Seabrook, April (USADC)
**Sent:** Wednesday, February 24, 2021 5:48 PM
**To:** Hilary T. Jacobs <HJacobs@bdlaw.com>
**Cc:** John S. Guttmann <JGuttmann@bdlaw.com>
**Subject:** NSA v DIA, 19-0529 (CJN) - Seventh Interim Response

Counsel:

Consistent with the commitment made in Defendant's last status report to provide an additional initial response by February 26, 2021, attached is a final response regarding four records and included below is the information regarding the processing of the remaining records.

**Bates numbers of attached records**:
- 06 B1 104
- 11 B1 108
- 25 B3 101
- 29 B3 103

**Status of Processing of 5 Remaining Records:**
- 01 B1 102:  Awaiting OSD review
- 20 B2 101:  DoD deferred to JS, awaiting their response
- 27 B3 102:  Awaiting OUSD review
- 28 B3 103:  Awaiting OUSD review
- 31 B3 103:  Awaiting review by DIA/DI

Thank you,
April D.S.


**APRIL DENISE SEABROOK**
Assistant United States Attorney
Office: (202) 252-2525 | Cell: (202) 815-9024
April.Seabrook@usdoj.gov

---

**From:** Hilary T. Jacobs <HJacobs@bdlaw.com>
**Sent:** Monday, February 1, 2021 8:40 AM
**To:** Seabrook, April (USADC) <ASEABROOK@usa.doj.gov>
**Cc:** John S. Guttmann <JGuttmann@bdlaw.com>
**Subject:** RE: NSA v DIA, 19-0529 (CJN) - Sixth Interim Response

Thank you, April.

Best,

Hilary

**Hilary T. Jacobs**
Associate

**BEVERIDGE & DIAMOND PC**
O +1.202.789.6086  M +1.443.794.9607  ~  HJacobs@bdlaw.com

---

**From:** Seabrook, April (USADC) <April.Seabrook@usdoj.gov>
**Sent:** Friday, January 29, 2021 5:03 PM

**To:** Hilary T. Jacobs <HJacobs@bdlaw.com>
**Cc:** John S. Guttmann <JGuttmann@bdlaw.com>
**Subject:** NSA v DIA, 19-0529 (CJN) - Sixth Interim Response

Counsel:

Consistent with the commitment made in Defendant's last status report to provide an initial response regarding at least six records, attached is a final response regarding one record and below is the initial response of the processing of five records.

- #01 B1 102:  Awaiting review from DOS & USAF
- #06 B1 104:  Based on reviews by STRATCOM & SPACECOM to defer to JS, & JS deferring back to DIA, we are retasking to EERC for second review
- #11 B1 108:  Awaiting review from DOS & USAF
- #20 B2 101:  DoD deferred to JS, awaiting their response
- #25 B3 101:  USAFE deferred to USAF; awaiting their response

Thank you,
~ April DS

**APRIL DENISE SEABROOK**
Assistant United States Attorney
**Office: (202) 252-2525 | Cell: (202) 815-9024**
April.Seabrook@usdoj.gov