# Appendix H

# The National Security Archive

The George Washington University  
Gelman Library, Suite 701  
2130 H Street, NW  
Washington, DC 20037

Phone: 202/994-7000  
Fax: 202/994-7005  
nsarchiv@gwu.edu  
http://www.nsarchive.org

February 26, 2021

**VIA FEDEX OVERNIGHT**

Steven W. Tumiski  
Chief, Records Management and Information Services  
Defense Intelligence Agency  
Joint Base Anacostia  
Building 6000  
Washington, D.C. 20340-5100

Re:   *National Security Archive v. Defense Intelligence Agency; Case Number 1:19-cv-00529*

Dear Mr. Tumiski:

Thank you for your ongoing responses to our August 15, 2018 Freedom of Information Request ("FOIA"), which is currently subject to the above-captioned litigation in the United States District Court for the District of Columbia. We write to inform you of recent events that relate to the five remaining documents DIA is currently reviewing for release in this matter.

As you may know, the United States Department of State ("DOS") recently released to the public a transcribed version of one document that is a subject of our pending FOIA request in a new volume of the DOS series *Foreign Relations of the United States*. On February 16, 2021, the DOS Office of the Historian published a January 1989 "End of Tour Report Addendum" by Lieutenant General Leonard H. Perroots, Item 1 listed in Appendix A of the October 7, 2019 Joint Status Report ("Perroots Memorandum"). A transcription of this document, with limited redactions, is available to the public at the following DOS link: https://history.state.gov/historicaldocuments/frus1981-88v04/appxA. We have also attached a copy of relevant portions of this document for your reference.

According to DIA's February 24, 2021 interim response and e-mail correspondence from DIA counsel April Seabrook, Item 1 is awaiting review by the Office of the Secretary of Defense. The remaining four items (Items 20, 27, 28, and 31) are awaiting review by the Office of the Secretary of Defense, the Joint Chiefs of Staff, and the Director of Intelligence.

To the extent that interagency consultation of these remaining five documents is continuing for the purpose of determining whether any references within those documents to the Perroots Memorandum should be withheld, those issues have been mooted by DOS's recent release of the Memo. Any references to the Perroots Memorandum can no longer serve as a basis for withholding any information. Additionally, given the likelihood that the five remaining documents likely relate closely to the Perroots Memorandum in subject matter, if anything, the fact that the Memo is now public should speed up the entire review and consultation process.

An independent non-governmental research institute and library located at the George Washington University,  
the Archive collects and publishes declassified documents obtained through the Freedom of Information Act.  
Publication royalties and tax-deductible contributions through The National Security Archive Fund, Inc. underwrite the Archive's budget.

      While the Perroots Memo has been released to the public in transcribed form, NSA's request for a copy of the original version of the Perroots Memo still stands. Any redactions of the Memo should be limited to those included in the DOS transcription.

      We look forward to seeing DIA's next response, which we hope will include all five documents.

                                      Sincerely,

                                        Thomas Blanton, Director
                                      Nate Jones, Senior Fellow

                                      The National Security Archive

Enclosure