# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| NATIONAL SECURITY ARCHIVE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 19-0529 (CJN) |
| | ) | |
| DEFENSE INTELLIGENCE AGENCY, | ) | |
| | ) | |
| Defendant. | ) | |

## PROPOSED ORDER

Upon review of Plaintiff's Status Report, it is **ORDERED** that Defendant shall search all three identified boxes for the Perroots Memorandum (described as Document No. 1 of Appendix A) and fully process it by June 1, 2021, and the parties shall file a Joint Status Report on June 4, 2021.

It is **SO ORDERED**.

_____        _____
Date                                                                                  United States District Judge