UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATIONAL SECURITY ARCHIVES,<br><br>Plaintiff,<br><br>v.<br><br>DEFENSE INTELLIGENCE AGENCY<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civ. A. No. 19-0529 (CJN)<br>)<br>)<br>)<br>)<br>) |

### DEFENDANT'S STATUS REPORT

Defendant Defense Intelligence Agency ("Defendant" or "DIA"), a component-agency of U.S. Department of Defense ("DOD"), through undersigned counsel, respectfully submits this partial response to the Status Report [ECF No. 37] filed by Plaintiff National Security Archive ("Plaintiff") on May 11, 2021 in this Freedom of Information Act ("FOIA") action.

1. Plaintiff's Status Report states that one of the documents it seeks is the January 9, 1989 "End of Tour Report (Addendum) General Perroots" (hereinafter, the "Addendum"), which was previously identified as being located at "Box 1 Inventory 2."[1]

2. Plaintiff's Status Report (at ¶¶ 9-12) correctly notes that, although Defendant has processed and produced (in part) the document located at Box 1 Inventory 2, this document was not the Report Addendum that was listed on the inventory.

---

[1] As a reminder, Plaintiff's FOIA request originally sought disclosure of documents contained in three boxes of materials that were previously in the possession of the National Archives and Records Administration ("NARA"). The documents relate to "Lieutenant General Leonard Perroots' 1989 records related to the '1983 Soviet 'War Scare'." See Compl. ¶ 1. At the start of the litigation, the parties narrowed the scope of the documents being sought using NARA-created inventories of the three boxes' contents. Defendant has been processing the narrowed collection of 31 requested documents and releasing responses on a rolling basis.

1

3. In response to this discovery, Plaintiff now asks the Court to enter an Order directing Defendant to conduct a search of all three boxes. Specifically, Plaintiff's Status Report states (at ¶ 14):

> Plaintiff respectfully asks the Court to direct DIA to look through all the documents in the three boxes to identify the document described in the index as the "End of Tour Report (Addendum) General Leonard Perroots," and fully process and produce it by a date certain to be established by the Court.

4. As an initial matter, Defendant advises the Court that, prior this request that the Court issue an Order, Plaintiff did <u>not</u> ask Defendant to search the full content of the three boxes for the Addendum nor did Plaintiff otherwise confer with Defendant regarding its intention to seek an Order from the Court.

5. Defendant further advises the Court that, after reviewing Plaintiff's Status Report of May 11, 2021, and seeing Plaintiff's request that Defendant search all three boxes for the Addendum, Defendant conducted another hand-review of the contents of the three boxes. This hand-review, which was conducted on May 12, 2021, confirmed that the Addendum is <u>not</u> contained within any of the three boxes identified in Plaintiff's FOIA request.

Dated: May 13, 2021                 Respectfully Submitted,

CHANNING D. PHILLIPS, D.C. Bar No. 415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By:   */s/ April Denise Seabrook*
APRIL DENISE SEABROOK, D.C. Bar No. 993730
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Phone: (202) 252-2525
April.Seabrook@usdoj.gov