**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| NATIONAL SECURITY ARCHIVE, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 19-0529 (CJN) |
| DEFENSE INTELLIGENCE AGENCY, | ) ) ) | |
| Defendant. | ) ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's June 30, 2021, Minute Order, Plaintiff National Security Archive ("Plaintiff") and Defendant Defense Intelligence Agency ("Defendant" or "DIA"), a component-agency of U.S. Department of Defense ("DOD"), through undersigned counsel, respectfully submit this Joint Status Report.

**PLAINTIFF'S ORIGINAL FOIA REQUEST**

1. The Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, request that is the subject of this case sought disclosure of files from three specifically-identified boxes of records that were in the possession of the National Archives and Records Administration and located in the Washington Records Center in Suitland, Maryland. The FOIA request and Plaintiff's Complaint identified the requested files by accession number, volume, location, file name and date, and box number. Docket Entry Nos. 1, 1-3, Feb. 28, 2019 (Complaint and Exhibit A to Plaintiff's Complaint, copy of Plaintiff's original FOIA request).

2. On August 4, 2021, Defendant issued its 11th interim response to the FOIA request, which Defendant advises is the final scheduled production in this matter.

3. The parties believe it would be helpful to engage in discussions to see what issues they can amicably resolve prior to submission of briefing in this matter. To that end, Plaintiff agrees to provide Defendant with a list of exemptions/withholdings about which it would like more information and Defendant has agreed to produce a *Vaughn* index providing Plaintiff with information regarding the listed withholdings.

**PLAINTIFF'S JULY 2021 FOIA REQUEST**

4. Additionally, pursuant to this Court's directive in the May 25, 2021 Telephonic Status Conference, and pursuant to the Parties' June 29, 2021 Status Report, Plaintiff filed an additional request for information seeking the "End of Tour Report (Addendum) General Perroots" and the "End of Tour Report (LtGen Perroots)" on July 2, 2021. Docket Entry No. 41; Appendix A (July 2, 2021 FOIA request). As discussed in the May 25, 2021 Status Conference, the new request clarified that Plaintiff was requesting that DIA search for these documents "whether they are housed in DIA's files stored at the Washington Records Center or elsewhere." *Id.*

5. The agreement reached by the Parties in the June 29, 2021 Status Report required that DIA provide Plaintiff with an update regarding the processing of the request three weeks after receiving the request. Docket Entry No. 41 at 2. DIA acknowledged receipt of the request on July 6, 2021.

6. On July 26, 2021, DIA responded to Plaintiff's second FOIA request. Appendix B. DIA's response stated: "Based on the information contained in your request, the Defense Intelligence Agency searched its systems of records for responsive documents. Despite a thorough search, no documents responsive to your request were found."

7. On August 3, 2021, Plaintiff's counsel emailed DIA's counsel in this matter requesting clarification from DIA regarding whether (a) DIA's position was that, in three weeks, they

had looked for and not found the requested documents, and, (b) if so, if DIA's position was that they had lost or misplaced the documents, which contain classified information.

8. On August 3, 2021, DIA's counsel responded to Plaintiff's inquiry by stating that the July 2, 2021, FOIA request is not part of the instant lawsuit and advising Plaintiff that it could contact DIA directly if it had questions regarding the FOIA response. Appendix C. DIA also notes for the Court that the July 26, 2021, response letter that DIA provided to Plaintiff includes contact information for DIA's FOIA Public Liaison and also identified other ways Plaintiff could obtain assistance with the request.

9. Plaintiff is currently evaluating DIA's response and is not yet prepared to state its position to the Court.

**PROPOSED NEXT STEPS**

10. The parties shall file their next Joint Status Report no later than September 7, 2021.

Dated: August 5, 2021                                   Respectfully submitted,

*For Plaintiff:*                                        *For Defendant:*

John S. Guttmann                                        CHANNING D. PHILLIPS, Bar No. 415793
D.C. Bar No.: 251934                                    Acting United States Attorney
Beveridge & Diamond, P.C.
                                                        BRIAN P. HUDAK
*//s//  Hilary T. Jacobs*                               Acting Chief, Civil Division
Hilary T. Jacobs
D.C. Bar No. 1021353;                                    By: */s/  April Denise Seabrook*
Beveridge & Diamond, P.C.                               APRIL DENISE SEABROOK
1350 I Street, N.W., Suite 700                          D.C. Bar No. 993730
Washington, D.C. 20005-3311                             Assistant United States Attorney
Telephone: (202) 789-6020                               555 4th Street, N.W.
Facsimile: (202) 789-6190                               Washington, D.C. 20530
Email: jguttmann@bdlaw.com                              (202) 252-2525
                                                        April.Seabrook@usdoj.gov