

DEFENSE INTELLIGENCE AGENCY

WASHINGTON, D.C. 20340-5100

FAC-2C

July 26, 2021

Mr. Nate Jones
The National Security Archive
The George Washington University
Gelman Library, Suite 701
2130 H Street, NW
Washington, DC 20037

Dear Mr. Jones,

This responds to your request under the Freedom of Information Act, dated July 02, 2021, your reference number 1:19-cv-00529-CJN. Therein you requested the following two records identified by the Defense Intelligence Agency as:

- *January 9, 1989 "End of Tour Report (Addendum) General Perroots")* and
- *March 17, 1989 "End of Tour Report (LtGen Perroots)"*

Based on the information contained in your request, the Defense Intelligence Agency searched its systems of records for responsive documents. Despite a thorough search, no documents responsive to your request were found.

If you believe this Agency should have records responsive to your request, you may contact the DIA FOIA Requester Service Center, as well as our FOIA Public Liaison at 301-394-6253. Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. You may contact OGIS by email at ogis@nara.gov; telephone at 202-741-5770, toll free at 1-877-684-6448 or facsimile at 202-741-5769; or you may mail them at the following address:

Office of Government Information Services
National Archives and Records Administration
8601 Adelphi Road-OGIS
College Park, MD 20740-6001

You may also exercise your right to appeal this action. Your appeal should include justification to support additional search efforts and must be postmarked no later than 90 days after the date of this letter. Please refer to case number FOIA-00274-2021 and address your appeal to:

Defense Intelligence Agency
7400 Pentagon
ATTN: FAC-2C
Washington, D.C. 20301-7400

Sincerely,

*[signature]*
(jc)

Steven W. Tumiski
Chief, Records Management and Information Services