# Hilary T. Jacobs

| | |
|---|---|
| **From:** | Seabrook, April (USADC) <April.Seabrook@usdoj.gov> |
| **Sent:** | Tuesday, August 3, 2021 2:48 PM |
| **To:** | Hilary T. Jacobs |
| **Cc:** | John S. Guttmann |
| **Subject:** | RE: National Security Archive FOIA Request |

Hilary:

As previously stated, the processing of this FOIA new request is not part of this litigation.
If you would like follow-up information regarding the response to the request, please follow-up with the Agency directly.

Thank you,
~ April D.S.


**APRIL DENISE SEABROOK**
Assistant United States Attorney
**Office: (202) 252-2525 | Cell: (202) 815-9024**
April.Seabrook@usdoj.gov

---

**From:** Hilary T. Jacobs <HJacobs@bdlaw.com>
**Sent:** Tuesday, August 3, 2021 2:37 PM
**To:** Seabrook, April (USADC) <ASEABROOK@usa.doj.gov>
**Cc:** John S. Guttmann <JGuttmann@bdlaw.com>
**Subject:** RE: National Security Archive FOIA Request


April:

Thank you for forwarding us your client's response to the National Security Archive's July 2, 2021 Freedom of Information Act Request. The response from your client indicates that your client has "searched its systems of records" for the two relevant documents (the Perroots Memorandum and the Addendum), and that "no documents responsive to [the] request were found."

To confirm: Is your client's position that they have looked for and not found these documents? If so, is it your client's position that they have misplaced or lost these documents, which contain classified information? As the July 2, 2021 and the August 15, 2018 FOIA requests describe, the Washington Records Center's Standard Form 135 indicates that these two documents are located in DIA's files.

We look forward to receiving your client's response.

Thanks, and best,

Hilary

1

**Hilary T. Jacobs**
She | Her | Hers
Associate

**BEVERIDGE & DIAMOND PC**
O +1.202.789.6086 M +1.443.794.9607 ~ HJacobs@bdlaw.com

---

**From:** Seabrook, April (USADC) <April.Seabrook@usdoj.gov>
**Sent:** Tuesday, July 27, 2021 3:28 PM
**To:** Hilary T. Jacobs <HJacobs@bdlaw.com>
**Cc:** John S. Guttmann <JGuttmann@bdlaw.com>
**Subject:** RE: National Security Archive FOIA Request

Hi Hilary:

I write to provide the three-week update on Plaintiff's recent FOIA request. The agency has provided me with the attached response letter to the request.

~ April D.S.

**APRIL DENISE SEABROOK**
Assistant United States Attorney
**Office: (202) 252-2525 | Cell: (202) 815-9024**
April.Seabrook@usdoj.gov

---

**From:** Hilary T. Jacobs <HJacobs@bdlaw.com>
**Sent:** Tuesday, July 6, 2021 4:58 PM
**To:** Seabrook, April (USADC) <ASEABROOK@usa.doj.gov>
**Cc:** John S. Guttmann <JGuttmann@bdlaw.com>
**Subject:** RE: National Security Archive FOIA Request

Thank you, April.

**Hilary T. Jacobs**
She | Her | Hers
Associate

**BEVERIDGE & DIAMOND PC**
O +1.202.789.6086 M +1.443.794.9607 ~ HJacobs@bdlaw.com

---

**From:** Seabrook, April (USADC) <April.Seabrook@usdoj.gov>
**Sent:** Tuesday, July 6, 2021 9:42 AM
**To:** Hilary T. Jacobs <HJacobs@bdlaw.com>
**Cc:** John S. Guttmann <JGuttmann@bdlaw.com>
**Subject:** RE: National Security Archive FOIA Request

Hi Hilary:

I will forward the FOIA request to the agency.

I imagine the update will be three weeks from today (as opposed to three weeks from Friday, 7/2) because there was an early dismissal on Friday and a federal holiday yesterday. I will confirm with the agency.

I will likely be the one giving you the three-week update just so I can make sure things are running smoothly. After that, I will leave further administration/processing of the FOIA request between you and the agency.

~ April D.S.

**APRIL DENISE SEABROOK**
Assistant United States Attorney
**Office: (202) 252-2525 | Cell: (202) 815-9024**
April.Seabrook@usdoj.gov

---

**From:** Hilary T. Jacobs <HJacobs@bdlaw.com>
**Sent:** Friday, July 2, 2021 2:05 PM
**To:** Seabrook, April (USADC) <ASEABROOK@usa.doj.gov>
**Cc:** John S. Guttmann <JGuttmann@bdlaw.com>
**Subject:** National Security Archive FOIA Request

April,

Attached is a courtesy copy of the National Security Archive's FOIA request, per the Judge's direction and our agreement earlier this week. The Archive used the normal and prescribed channels to send this to DIA, but we would appreciate it if you could make sure it gets into the correct hands. Can we expect to receive an update on DIA's progress on this in three weeks from you, or someone else at DIA?

Thanks and have a good holiday.

Hilary

**Hilary T. Jacobs**
She | Her | Hers
Associate



1900 N Street, NW, Suite 100 ~ Washington, DC 20036 ~ bdlaw.com
O +1.202.789.6086 ~ M +1.443.794.9607 ~ HJacobs@bdlaw.com

**CONFIDENTIALITY STATEMENT:** This electronic message contains information from the law firm of Beveridge & Diamond, P.C. and may be confidential or privileged. The information is intended solely for the use of the individual(s) or entity(ies) named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please notify us immediately by telephone at +1.202.789.6000 or by e-mail reply and delete this message. Thank you.