UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| NATIONAL SECURITY ARCHIVE, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Civil Action No. 19-0529 (CJN) |
| DEFENSE INTELLIGENCE AGENCY, | ) ) ) | |
| Defendant. | ) ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's June 30, 2021, Minute Order, Plaintiff National Security Archive ("Plaintiff") and Defendant Defense Intelligence Agency ("Defendant" or "DIA"), a component-agency of U.S. Department of Defense ("DOD"), through undersigned counsel, respectfully submit this Joint Status Report.

1. The Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, request that is the subject of this case sought disclosure of files from three specifically-identified boxes of records that were in the possession of the National Archives and Records Administration and located in the Washington Records Center in Suitland, Maryland. The FOIA request and Plaintiff's Complaint identified the requested files by accession number, volume, location, file name and date, and box number. Docket Entry Nos. 1, 1-3, Feb. 28, 2019 (Complaint and Exhibit A to Plaintiff's Complaint, copy of Plaintiff's original FOIA request).

2. On August 4, 2021, Defendant issued its 11th interim response to the FOIA request, which Defendant advises is the final scheduled production in this matter.

3. The parties believe it would be helpful to engage in discussions to see what issues they can amicably resolve prior to submission of briefing in this matter. To that end, Plaintiff agrees

       to provide Defendant with a list of exemptions/withholdings about which it would like more information and Defendant has agreed to produce a *Vaughn* index providing Plaintiff with information regarding the listed withholdings.

4. On Tuesday, September 7, 2021, Plaintiff provided Defendant with the above-noted list to Defendant. *See* Appendix 1. The records listed in Appendix 1 are either of historical significance or are potentially historically significant, and Plaintiff requests further information on Defendant's rationale for withholding each record. Plaintiff regards some of the documents in Appendix 1 as only *potentially* historically significant because the extent of the redactions prevents it from conclusively discerning these documents' content. Under *Vaughn v. Rosen*, 484 F.2d 820 (D.C. Cir. 1973), agencies bear the burden of sustaining its action of withholding records, which can be accomplished through an itemized index.

5. Defendant will provide Plaintiff an update on its status regarding completing *Vaughn* index by September 28, 2021.

6. The parties shall file their next Joint Status Report no later than October 1, 2021.

Dated:  August 5, 2021                                    Respectfully submitted,

*For Plaintiff:*                                                        *For Defendant:*

John S. Guttmann                                           CHANNING D. PHILLIPS, Bar No. 415793
D.C. Bar No.: 251934                                     Acting United States Attorney
Beveridge & Diamond, P.C.

                                                                              BRIAN P. HUDAK
*//s// Hilary Jacobs*                                         Acting Chief, Civil Division
Hilary T. Jacobs
D.C. Bar No. 1021353                                    BLAKE WEINER
Beveridge & Diamond, P.C.                            Assistant United States Attorney
1350 I Street, N.W., Suite 700
Washington, D.C. 20005-3311                       By: */s/ Blake Weiner*
Telephone: (202) 789-6020                            APRIL DENISE SEABROOK
Facsimile: (202) 789-6190                              D.C. Bar No. 993730
Email: jguttmann@bdlaw.com                       Assistant United States Attorney
                                                                              555 4th Street, N.W.
                                                                              Washington, D.C. 20530
                                                                              (202) 252-2525
                                                                              April.Seabrook@usdoj.gov

**Appendix 1**

| Index Title and Number in Appendix A (Docket Entry No. 17, Oct. 7, 2019) | Document Title |
|---|---|
| 1. Box 1 Inventory 2 | 1/9/89 End of Tour Report (Addendum) General Perroots |
| 11. Box 1 Inventory 8 | 4/21/89 MEMO FOR DASOD, Nuclear Forces and Arms Control Policy, OASD(ISP), re Report on Exercise WINTEX-CIMEX 89 |
| 16. Box 1 Inventory 10 | 2/1/89 Memo for USDA, Intelligence Community Work Dealing with Indication and Warnings |
| 17. Box 1 Inventory 11 | 2/24/89 Position Paper, Soviet Reaction to exercise PASEX-89 |
| 25. Box 3 Inventory 1 | 12/27/89 Routine msg to multiple addressees, Briefing on Warning of War |