UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL SECURITY ARCHIVE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DEFENSE INTELLIGENCE AGENCY, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 19-0529 (CJN) |

**JOINT STATUS REPORT**

Pursuant to the Court's June 30, 2021, Minute Order, Plaintiff National Security Archive ("Plaintiff") and Defendant Defense Intelligence Agency ("Defendant" or "DIA"), a component-agency of U.S. Department of Defense ("DOD"), through undersigned counsel, respectfully submit this Joint Status Report.

1. The Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, request that is the subject of this case sought disclosure of files from three specifically-identified boxes of records that were in the possession of the National Archives and Records Administration and located in the Washington Records Center in Suitland, Maryland.  The FOIA request and Plaintiff's Complaint identified the requested files by accession number, volume, location, file name and date, and box number.  Docket Entry Nos. 1, 1-3, Feb. 28, 2019 (Complaint and Exhibit A to Plaintiff's Complaint, copy of Plaintiff's original FOIA request).

2. On August 4, 2021, Defendant issued its 11th interim response to the FOIA request, which Defendant advises is the final scheduled production in this matter.

3. On Tuesday, September 7, 2021, Plaintiff provided Defendant with a list of exemptions/withholdings about which it would like more information.

4. Defendant will provide Plaintiff a *Vaughn* index with information regarding the above withholdings by October 22, 2021.

5. The parties shall file their next Joint Status Report no later than November 1, 2021, updating the court on the status of discussions surrounding the five records.

Dated: October 1, 2021                                  Respectfully submitted,

| For Plaintiff: | For Defendant: |
|---|---|
| John S. Guttmann<br>D.C. Bar No.: 251934<br>Beveridge & Diamond, P.C.<br><br>//s//<br>Hilary T. Jacobs<br>D.C. Bar No. 1021353<br>Beveridge & Diamond, P.C.<br>1350 I Street, N.W., Suite 700<br>Washington, D.C. 20005-3311<br>Telephone: (202) 789-6020<br>Facsimile: (202) 789-6190<br>Email: jguttmann@bdlaw.com | CHANNING D. PHILLIPS, Bar No. 415793<br>Acting United States Attorney<br><br>BRIAN P. HUDAK<br>Acting Chief, Civil Division<br><br>BLAKE WEINER<br>Assistant United States Attorney<br><br>By: /s/ Blake A. Weiner<br>Blake A. Weiner<br>VA Bar No. 94087<br>Assistant United States Attorney<br>555 4th Street, N.W.<br>Washington, D.C. 20530<br>(202) 803-1604<br>Blake.weiner@usdoj.gov |