UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATIONAL SECURITY ARCHIVE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 19-0529 (CJN) |
| ) | |
| DEFENSE INTELLIGENCE AGENCY, ) | |
| ) | |
| Defendant. ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's June 30, 2021, Minute Order, Plaintiff National Security Archive ("Plaintiff") and Defendant Defense Intelligence Agency ("Defendant" or "DIA"), a component-agency of U.S. Department of Defense ("DOD"), through undersigned counsel, respectfully submit this Joint Status Report.

1. The Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, request that is the subject of this case sought disclosure of files from three specifically-identified boxes of records that were in the possession of the National Archives and Records Administration and located in the Washington Records Center in Suitland, Maryland. The FOIA request and Plaintiff's Complaint identified the requested files by accession number, volume, location, file name and date, and box number. Docket Entry Nos. 1, 1-3, Feb. 28, 2019 (Complaint and Exhibit A to Plaintiff's Complaint, copy of Plaintiff's original FOIA request).

2. On August 4, 2021, Defendant issued its 11th interim response to the FOIA request, which Defendant advises is the final scheduled production in this matter.

3. On Tuesday, September 7, 2021, Plaintiff provided Defendant with a list of exemptions/withholdings relating to five records about which it would like more information.

4. On Monday, October 25, 2021, Defendant provided Plaintiff with its *Vaughn* index. *See* Exhibit A. Since then, the parties have conferred regarding issues surrounding the *Vaughn* index. The parties continue to confer regarding outstanding issues surrounding the *Vaughn* index.

5. The parties shall file their next Joint Status Report no later than January 14, 2021. The next Joint Status Report will update the Court on the status of discussions surrounding the five records.

Dated:  December 3, 2021                    Respectfully submitted,

*For Plaintiff:*

John S. Guttmann
D.C. Bar No.: 251934
Beveridge & Diamond, P.C.

//s//   *Hilary T. Jacobs*
Hilary T. Jacobs
D.C. Bar No. 1021353
Beveridge & Diamond, P.C.
1350 I Street, N.W., Suite 700
Washington, D.C. 20005-3311
Telephone: (202) 789-6020
Facsimile: (202) 789-6190
Email: jguttmann@bdlaw.com

*For Defendant:*

MATTHEW M. GRAVES, Bar No. 481052
United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

BLAKE WEINER
Assistant United States Attorney


By: */s/  Blake A. Weiner*
Blake A. Weiner
VA Bar No. 94087
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 803-1604
Blake.weiner@usdoj.gov