UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL SECURITY ARCHIVE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DEFENSE INTELLIGENCE AGENCY, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 19-0529 (CJN) |

## JOINT STATUS REPORT

Pursuant to the Court's June 30, 2021, Minute Order, Plaintiff National Security Archive ("Plaintiff") and Defendant Defense Intelligence Agency ("Defendant" or "DIA"), a component-agency of U.S. Department of Defense ("DOD"), through undersigned counsel, respectfully submit this Joint Status Report.

1. The Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, request that is the subject of this case sought disclosure of files from three specifically-identified boxes of records that were in the possession of the National Archives and Records Administration and located in the Washington Records Center in Suitland, Maryland. The FOIA request and Plaintiff's Complaint identified the requested files by accession number, volume, location, file name and date, and box number. Docket Entry Nos. 1, 1-3, Feb. 28, 2019 (Complaint and Exhibit A to Plaintiff's Complaint, copy of Plaintiff's original FOIA request).

2. On August 4, 2021, Defendant issued its 11th interim response to the FOIA request, which Defendant advises is the final scheduled production in this matter.

3. On Tuesday, September 7, 2021, Plaintiff provided Defendant with a list of exemptions/withholdings relating to five records about which it would like more information.

4. On Monday, October 25, 2021, Defendant provided Plaintiff with a draft *Vaughn* index. After reviewing the *Vaughn* index, Plaintiff identified areas where it would like further information. Since that time, the parties have been conferring regarding Defendant's withholdings in hopes of eliminating or narrowing any remaining issues.

5. The parties will likely complete their discussions regarding any issues surrounding the *Vaughn* index over the course of the next month, and they request to file their next Joint Status Report no later than March 31, 2022. The next Joint Status Report will update the Court on the status of discussions surrounding the five records.

Dated: February 11, 2022                                    Respectfully submitted,

*For Plaintiff:*

John S. Guttmann
D.C. Bar No.: 251934
Beveridge & Diamond, P.C.

*//s//  Hilary T. Jacobs*
Hilary T. Jacobs
D.C. Bar No. 1021353
Beveridge & Diamond, P.C.
1350 I Street, N.W., Suite 700
Washington, D.C. 20005-3311
Telephone: (202) 789-6020
Facsimile: (202) 789-6190
Email: hjacobs@bdlaw.com

*For Defendant:*

MATTHEW M. GRAVES
D.C. Bar No. 481052
United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

APRIL DENISE SEABROOK
Assistant United States Attorney

By: */s/  April Denise Seabrook*
D.C. Bar No. 993730
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2525
April.seabrook@usdoj.gov