# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATIONAL SECURITY ARCHIVE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DEFENSE INTELLIGENCE AGENCY, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 19-0529 (CJN) |

## JOINT STATUS REPORT

Pursuant to the Court's June 30, 2021, Minute Order, Plaintiff National Security Archive ("Plaintiff") and Defendant Defense Intelligence Agency ("Defendant" or "DIA"), a component-agency of U.S. Department of Defense ("DOD"), through undersigned counsel, respectfully submit this Joint Status Report.

1. The Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, request that is the subject of this case sought disclosure of files from three specifically-identified boxes of records that were in the possession of the National Archives and Records Administration and located in the Washington Records Center in Suitland, Maryland. The FOIA request and Plaintiff's Complaint identified the requested files by accession number, volume, location, file name and date, and box number. Docket Entry Nos. 1, 1-3, Feb. 28, 2019 (Complaint and Exhibit A to Plaintiff's Complaint, copy of Plaintiff's original FOIA request).

2. On August 4, 2021, Defendant issued its 11th interim response to the FOIA request, which Defendant advises is the final scheduled production in this matter.

3. On Tuesday, September 7, 2021, Plaintiff provided Defendant with a list of exemptions/withholdings relating to five records about which it would like more information.

4. On Monday, October 25, 2021, Defendant provided Plaintiff with a draft *Vaughn* index. After reviewing the *Vaughn* index, Plaintiff identified areas where it would like further information. Since that time, the parties have been conferring regarding Defendant's withholdings in hopes of eliminating or narrowing any remaining issues.

5. The parties have completed their discussions regarding any issues surrounding the *Vaughn* index.

6. The only outstanding issue in the case is attorneys' fees. The parties will confer regarding attorney's fees over the course of the next two months to see if resolution without judicial intervention if possible. The parties request to file their next Joint Status Report, which will update the court on the status of discussions and include a briefing schedule on attorney's fees, if necessary, no later than June 30, 2022.

Dated: March 31, 2022                    Respectfully submitted,

*For Plaintiff:*                          *For Defendant:*

John S. Guttmann                          MATTHEW M. GRAVES
D.C. Bar No.: 251934                      D.C. Bar No. 481052
Beveridge & Diamond, P.C.                 United States Attorney

//s// *Hilary T. Jacobs*                  BRIAN P. HUDAK
Hilary T. Jacobs                          Acting Chief, Civil Division
D.C. Bar No. 1021353
Beveridge & Diamond, P.C.                 By: /s/ *April Denise Seabrook*
1350 I Street, N.W., Suite 700            APRIL DENISE SEABROOK
Washington, D.C. 20005-3311               D.C. Bar No. 993730
Telephone: (202) 789-6020                 Assistant United States Attorney
Facsimile: (202) 789-6190                 555 4th Street, N.W.
Email: jguttmann@bdlaw.com                Washington, D.C. 20530
                                          (202) 252-2525
                                          April.seabrook@usdoj.gov