UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| NATIONAL SECURITY ARCHIVE, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 19-0529 (CJN) |
| DEFENSE INTELLIGENCE AGENCY, | ) ) ) | |
| Defendant. | ) ) ) | |

**JOINT STATUS REPORT**

Pursuant to the schedule proposed by the parties in their last Joint Status Report [ECF No. 55], which proposed filing the parties' next Joint Status Report no later than October 31, 2022, Plaintiff National Security Archive ("Plaintiff") and Defendant Defense Intelligence Agency ("Defendant" or "DIA"), a component-agency of U.S. Department of Defense ("DOD"), through undersigned counsel, respectfully submit this Joint Status Report.

1. The Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, request that is the subject of this case sought disclosure of files from three specifically-identified boxes of records that were in the possession of the National Archives and Records Administration and located in the Washington Records Center in Suitland, Maryland. The FOIA request and Plaintiff's Complaint identified the requested files by accession number, volume, location, file name and date, and box number. Docket Entry Nos. 1, 1-3, Feb. 28, 2019 (Complaint and Exhibit A to Plaintiff's Complaint (Copy of Plaintiff's original FOIA request)).

2. The only outstanding issue in this case is attorneys' fees. The parties are attempting to resolve this remaining issue without judicial intervention (if possible) and they need additional time to continue these settlement discussions.

3. Considering the above circumstances, the parties request to file their next Joint Status Report, which will update the court on the status of discussions and include a briefing schedule on attorney's fees, if necessary, no later than January 6, 2023.

Dated: October 31, 2022                           Respectfully submitted,

*For Plaintiff:*                                                *For Defendant:*

John S. Guttmann                                    MATTHEW M. GRAVES
D.C. Bar No.: 251934                               D.C. Bar No. 481052
Beveridge & Diamond, P.C.                    United States Attorney

*//s//  Hilary T. Jacobs*                              BRIAN P. HUDAK
Hilary T. Jacobs                                         Chief, Civil Division
D.C. Bar No. 1021353
Beveridge & Diamond, P.C.                    By: */s/  Anna D. Walker*
1350 I Street, N.W., Suite 700                ANNA D. WALKER
Washington, D.C. 20005-3311              Assistant United States Attorney
Telephone: (202) 789-6020                    601 D Street, N.W.
Facsimile: (202) 789-6190                     Washington, D.C. 20530
Email: jguttmann@bdlaw.com              Tel: (202) 252-2544
                                                                   anna.walker@usdoj.gov